| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION | | |
| Case number *(if known)* | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Miracle Hill Nursing and Rehabilitation Center, Inc. |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 59-1275598 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **1329 Abraham St.** **Tallahassee, FL 32304** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Leon** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor  **Miracle Hill Nursing and Rehabilitation Center, Inc.**   Case number (*if known*) _____
             Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

      ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
      ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
      ☐ Railroad (as defined in 11 U.S.C. § 101(44))
      ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
      ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
      ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
      ☐ None of the above

B. *Check all that apply*
      ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
      ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
      ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |
|---|---|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Miracle Hill Nursing and Rehabilitation Center, Inc.**  Case number (*if known*) _____
     Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>■ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| Debtor **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (*if known*) | |
| Name | | |

☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor  **Miracle Hill Nursing and Rehabilitation Center, Inc.**　　　　Case number (*if known*) _____
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/11/2023
　　　　　　　MM / DD / YYYY

X  _/s/ signature_　　　　　　　　　　　**Dr. Chris A. Burney**
   Signature of authorized representative of debtor　Printed name

Title  **President**

**18. Signature of attorney**

X  /s/ Scott A. Stichter　　　　　　　　Date  10.12.2023
   Signature of attorney for debtor　　　　　　　MM / DD / YYYY

**Scott A. Stichter**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St., Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **813-229-0144**　　Email address  **sstichter@srbp.com**

**710679 FL**
Bar number and State

1329 Abraham Street Holdings LLC
8301 Roosevelt Blvd.
Philadelphia, PA 19152

Aamco
2516 W Tennessee St
Tallahassee, FL 32304

Ability Network Inc
PO Box 856015
Minneapolis, MN 55485-6015

Access Information Holding, LLC
Management of Georgia, LLC
PO Box 101048
Atlanta, GA 30392-1048

Accident Fund Insurance Company
P.O. Box 734928
Chicago, IL 60673

Advanced Business Sytsems
1236 North Monroe Street
Tallahassee, FL 32303

Advanced Urology Institute, LLC
2000 Centre Pointe Blvd
Tallahassee, FL 32303

Agency For Health Care Administration
2727 Mahan Drive, MS #14,
Building 2 Suite 200
Tallahassee, FL 32308

Agency For Health Care Administration
2727 Mahan Drive, Mail Stop 33
Building 2 Suite 200
Tallahassee, FL 32308

Agency For Health Care Administration
2727 Mahan Drive, Mail Stop 3
Building 2 Suite 200
Tallahassee, FL 32308

AIG Insurance
PO Box 305970
Nashville, TN 37230-5970

Airgas South, Inc.
P.O. Box 734672

```
Dallas, TX 75373-4672

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express-Corporate
PO Box 650448
Dallas, TX 75265-0448

Apples Of Gold
PO Box 101
Blountstown, FL 32424

Ascendant Commercial Insurance
PO Box 527423
Miami, FL 33152

B&C Technologies
17740 Ashley Drive Suite 109
Panama City Beach, FL 32413

Barnes, Althemes
2619 Summerwood Ave
Tallahassee, FL 32303

Best Buy
1400 Apalachee Pkwy
Tallahassee, FL 32301

Bitdefender
dba 2Checkout
9040 Roswell Rd, Suite 45
Atlanta, GA 30350

Briggs Corporation
4900 University Ave, Suite 200
West Des Moines, IA 50266

Brown`s Refrigeration & Equipment, Inc
P.O. Box 5801
Tallahassee, FL 32314

Casamba, Inc.
5210 Lewis Rd, Ste10
Agoura Hills, CA 91301

Cat Financial Cat Card
PO Box 735638
Dallas, TX 75373
```

Caterpillar Access Account
Dept 33-8025023045
PO Box 78004
Phoenix, AZ 85062

Caterpillar Financial Services
PO Box 730681
Dallas, TX 75373

Caterpillar Financial Services Corp.
2120 W. En Ave.
Nashville, TN 37203

City Of Tallahassee
435 N. Macomb St.
Relay Box, 100098255
Tallahassee, FL 32301

City Of Tallahassee
435 N. Macomb St.
Relay Box, 100026561
Tallahassee, FL 32301

Comcast
PO Box 71211
Charlotte, NC 28272-1211

Comcast Xfinity
PO Box 71211
Charlotte, NC 28272-1211

Commercial Laundry Systems
978 Griffin Road
Wewahitchka, FL 32465

Cook, Bobby
10 Savannah Forest Circle
Crawfordville, FL 32327

Culligan Of Tallahassee LLC
3207 W Tharpe St
Tallahassee, FL 32303

Curaspan Health Group, Inc
210 Westwood Place, Suite 400
Brentwood, TN 37027

Direct Supply Inc.
Box 88201

Milwaukee, WI 53288-0201

Eli Roberts & Sons, Inc.
PO Box 2588
Tallahassee, FL 32316

Eppes Hardware, Inc
Eppes Decorating Center
2270 Allen Road
Tallahassee, FL 32312

FAS Parts & Service
P.O. Box 1177
Crawfordville, FL 32326

Fisher & Phillips LLP
1075 Peachtree St, NE, Suite 3500
Atlanta, GA 30309

Floor City

Florida Agency for Health Care Admin.
2727 Mahan Dr.
Tallahassee, FL 32308

Florida Healthcare Assoc.
PO Box 1459
Tallahassee, FL 32302

Florida Post Acute Care Clinicians, LLC
PO Box 743178
Atlanta, GA 30374-3178

Florida Star Linen
1501 Lancer Drive
Moorestown, NJ 08057

Florida State Primitive Baptist Conv.
1329 Abraham Street
Tallahassee, FL 32304

Gaines, Roland
7093 Ed Wilson Lane
Tallahassee, FL 32312

Gentle Lawn Services, LLC
2039 Summer Lane
Tallahassee, FL 32305

Gentle, Vincent

2039 Summer Lane
Tallahassee, FL 32305

Goto My PC

Grainger
3924 W. Pensacola At
Tallahassee, FL 32304-2838

Greene Poultry Co.
P.O. Box 97
Iron City, GA 39859

H&S Services Of North Florida, Inc
814 Sandy Ct
Tallahassee, FL 32312

Hallmark Specialty Insurance
5420 Lyndon B Johnson Freeway, Suite 110
Dallas, TX 75240

Healthstream Inc
500 11th Ave North, Suite 1000
Nashville, TN 37203

Home Depot Credit Services
3200 Capital Cir NE
Tallahassee, FL 32308

Hyatt Regency Orlando
9801 International Drive
Orlando, FL 32819

Indeed, Inc
6433 Champion Grandview Way
Bldg. 1
Austin, TX 78750

Ingram Accounting & Consulting, LLC
118 Salem Ct.
Tallahassee, FL 32301

Innovative Health Care Management Svcs
2333 Hansen Lane Suite 4
Tallahassee, FL 32301

IPFS Corporation
3522 Thomasville Rd
Tallahassee, FL 32309

It Solutions of Tallahassee, LLC
1978 Nena Hills Drive
Tallahassee, FL 32304

Jackson, Ruby
3081 Diddie Road
Tallahassee, FL 32312

Jacksonville Sound & Communications
PO Box 551629
Jacksonville, FL 32255

Jake's Brakes
234 East Pershing Street
Tallahassee, FL 32301

James Moore & Co., P.L.
5931 N W. 1St Place
Gainesville, FL 32607-2063

James, Madelyn Lynn
Dietary Consultant, 401 Locksley Lane
Tallahassee, FL 32312-1923

Johnson Controls Fire Protection LP
10255 Fortune Pkwy
Jacksonville, FL 32256

KeyBank National Association
Successor to KeyCorp Real Estate Capital
127 Public Square, 8th Floor
New Orleans, LA 70139

Keybank Real Estate Capital
P.O. Box 145404
CIncinnati, OH 45250

King, Christopher
1905 Capital Circle Ne
Tallahassee, FL 32308

Laboratory Corporation Of America
P.O. Box 2240
Burlington, NC 27216-2240

Lake Talquin Bait And More
6856 Blountstown Hwy
Tallahassee, FL 32310

Laurie Shaun, MD

1628 N. Plaza Drive
Tallahassee, FL 32308

Leon County EMS Division
PO Box 863353
Orlando, FL 32886-001

M2 Lease Funds, LLC
175 Patrick Blvd. N.,Ste 140
Brookfield, WI 53045

Magellan Complete Care Florida
PO Box 2097
Maryland Heights, MO 63043

Marpan Supply Company Inc.
P.O. Box 2068
Tallahassee, FL 32316

Massey Services, Inc.
PO Box 547668
Orlando, FL 32854

Mathers Electric Co., Inc
4834 Corlett Street
Tallahassee, FL 32303

Mayo Clinic Jacksonville
4500 San Pablo Road
Jacksonville, FL 32224

Med-Pass Inc.
L-3495
Columbus, OH 43260

Medline Industries, Inc.
Dept Ch 14400
Palatine, IL 60055-4400

Metronet LLC
PO Box 630903
CIncinnati, OH 45263

Microsoft Office365

Mobilexusa
PO Box 17462
Baltimore, MD 21297

Momar, Inc

PO Box 19569
Atlanta, GA 30325

MSL, P.A.
500 E Broward Blvd, Suite1550
Fort Lauderdale, FL 33394

Net Health Systems, Inc
40 24th St
Pittsburgh, PA 15222

Network Solutions
13861 Sunrise Valley Dr.
Herndon, VA 20171

NurseSpring Of Northern Florida
3380 Capital Circle NE
Tallahassee, FL 32312

Office Depot Card Plan
PO Box 689020
Des Moines, IA 50368-9020

Office Of Public Guardian
1425 E. Piedmont Drive, Suite 201B,
Tallahassee, FL 32308

Omnicare Pharmacy of FLorida
2605 West 23rd St
Panama City, FL 32405

Onsolve LLC
PO Box 865672
Orlando, FL 32886

Panhandle Billing And Consult
18423 Ne Shadow Lane,
Altha, FL 32421

Paychex Business Solutions
970 Lake Carillon Drive, Suite 400
St Petersburg, FL 33716

Paychex, Inc
Human Resource Services
PO Box 29769
New York, NY 10087-9769

Personal Security Concepts
3116 Capital Circle NE, Suite 3,

Tallahassee, FL 32308

Personnel Concepts
Compliance Service Department
P.O. Box 3353
San Dimas, CA 91773-7353

Physical Therapy Now
2743 Capital Circle Ne. Ste. 106,
Tallahassee, FL 32308

Pitney Bowes Global Fin Services, LLC
2225 American Drive
Neenah, WI 54956

Pods
PO Box 791003
Baltimore, MD 21279-1003

Premier Healthcare Staffing
1031 Ives Dairy Rd,
Miami, FL 33179

Premier Healthcare Staffing
1031 Ives Dairy Rd,, Suite 228,
Miami, FL 33179

Premium Assignment Corporation
3522 Thomasville Rd, Suite 400,
Tallahassee, FL 32309

PrIncipal Life Insurance Co
PO Box 10333
Des Moines, IA 50306

PrIncipal Mutual Life Insurance Co.
111 W State Street
Mason City, IA 50401

Progressive Commercial
Dept 0586
Carol Stream, IL 60132

Purchase Power
PO Box 371874
Pittsburgh, PA 15250

Pye Barker Fire & Safety LLC
1451 S Monroe St.
Tallahassee, FL 32301

R.E. Michel Company, LLC
PO Box 2318
Baltimore, MD 21203

Radiology Assoc Of Tallahassee
1600 Phillips Road,
Tallahassee, FL 32308

Realmed Corporation
PO Box 844793,
Dallas, TX 75284-4793

Renaissance Life & Health
PO Box 7407569,
Chicago, IL 60674

Ricardo Carreno, D.D.S.
PO Box 27265
Tampa, FL 33623

Roto-Rooter Sewer-Drain Serv.
P.O. Box 3133
Tallahassee, FL 32315-3133

Rush, Frank Elder

Safeguard Business System
P.O. Box 88043,
Chicago, IL 60680-1043

Sam`S Club
P.O. Box 530981,
Atlanta, GA 30353

Service Plus Office Machines, Inc
500-A1 Capital Circle SE
Tallahassee, FL 32301

Shared Pharmacy Services, LLC
Haven Perkins
264 Vista Oak Drive
Longwood, FL 32779

Staples Advantage
Dept. Atl
PO Box 405386
Atlanta, GA 30384

Staples Business Credit

PO Box 105638
Atlanata, GA 30348-5638

Stericycle, Inc.
P.O. Box 6582,
Carol Stream, IL 60197-6582

Synovus Bank
1148 Broadway
Columbus, GA 31901

Tallahasse Ear, Nose And Throat
1405 Centerville Road, Suite 5400,
Tallahassee, FL 32308

Tallahassee Democrat
227 N. Bronough St.
Tallahassee, FL 32301

Tallahassee Diagnostic Imaging
P.O. Box 1678,
Tallahassee, FL 32302-1678

Tallahassee Memorial Healthcare-Labs
1309 Thomasville Road
Tallahassee, FL 32303-5607

Tallahassee Memorial Hospital-Pac
1309 Thomasbville Rd,
Tallahassee, FL 32303

Target Print And Mail, Inc.
PO Box 1569
2843 Industrial Plaza Drive, Tallhaassee
Tallahassee, FL 32302

Tech Soup
435 Brannan St., #100
San Francisco, CA 94107

The Compliance Store
355 Industrial Park Blvd
Montgomery, AL 36117

The Rose Group, Inc
817 NW 56Th Terr, Suite A
Gainesville, FL 32605

Therapeutic Endeavors
1344 Cross Creek Circle, Unit 1,

Tallahassee, FL 32301

TMH Emergency Physician Group
PO Box 744237
Atlanta, GA 30374-4237

Tru Care Labs, Inc
3520 N Monroe Str,
Tallahassee, FL 32303

U.S. Small Business Administration
2 North St., #320
Birmingham, AL 35203

United Healthcare Community Plan
PO Box 740804,
Atlanta, GA 30374

Unitedheartland Company Of America
PO Box 4061
Carol Stream, IL 60197-4061

Universal Waste Management, LLC
4422 Industrial Park Road #2,
Green Cove Springs, FL 32043

Unum Provident Corporation
PO Box 403748
Atlanta, GA 30384-3748

US Foods, Inc.
PO Box 281841
Atlanta, GA 30384

Vascular Surgery Associates, PA
2631 Centennial Blvd, Suite 100
Tallahassee, FL 32308

Vaught, James
1605 Salmon Dr
Tallahassee, FL 32303

Verizon
PO Box 660108
Dallas, TX 75266-0108

Vista Clinical Diagnostics LLC
3705 South Hwy 27, Suite 201
Clermont, FL 34711

Vistaprint
275 Wyman St.
Waltham, MA 02451

Vitamin Shoppe
1313 Apalachee Parkway,
Tallahassee, FL 32301

W.W. Gay Mechanical Contractor
524 Stockton Street
Tallahassee, FL 32304

Walgreens
140 Capital Circle SW
Tallahassee, FL 32304

Walmart
4400 W Tennessee Street
QuIncy, FL 32351

Washington, James
262 Spring Meadows Rd
Detroit, MI 48267

Wescom Solutions, Inc.
PO Box 674802
Tallahassee, FL 32308

Williams Orthotic-Prosthetic, Inc
2360 Centerville Road
Tallahassee, FL 32308

Wood Fruitticher Grocery
Dept 4005
PO Box 830119
Birmingham, AL 35283

Xfinity
PO Box 71211
Charlotte, NC 28272