UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

MIRACLE HILL NURSING AND
REHABILITATION CENTER, INC.,

    Debtor.
_____/

Case No. 23-40398-KKS

Chapter 11

1329 ABRAHAM STREET
HOLDINGS, LLC, a Delaware Limited
Liability Company,

    Plaintiff,

v.

FLORIDA STATE PRIMITIVE
BAPTIST CONVENTION, INC., a
Florida not for profit corporation;
MIRACLE HILL NURSING AND
REHABILITATION CENTER, INC.,
a Florida not for profit corporation; and
JOHN DOE, as unknown part(ies) in
possession,

    Defendants.
_____/

Adv. Proc. No. _____

**NOTICE OF REMOVAL OF STATE
COURT ACTION TO BANKRUPTCY COURT**

Miracle Hill Nursing and Rehabilitation Center, Inc. (the "**Debtor**"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 157(a), 1331, 1452(a); Federal Rule of Bankruptcy Procedure 9027; and Local Rule 9027-1, hereby removes the civil action filed by 1329 Abraham Street Holdings, LLC (the "**Plaintiff**"), against the Debtor and other defendants in the Second Judicial Circuit Court, in and for Leon County, Florida (the "**State Court**"), case no. 2023-CA-001304 (the "**State Court Action**"), and states the following:

1. On October 12, 2023 (the "**Petition Date**"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11, United States Code, thereby commencing the above-styled bankruptcy case (the "**Bankruptcy Case**").

2. On April 5, 2023, the Plaintiff filed the State Court Action against the Debtor and the Florida State Primitive Baptist Convention, Inc., alleging foreclosure of a mortgage (Count I), suit on a promissory note (Count II), enforcement of an assignment of leases and rents (Count III), foreclosure of security interests (Count IV), enforcement of a guaranty and membership pledge agreement (Count V), and imposition of a charging order and foreclosure of the related security interest in collateral (Count VI) related to a purported unauthorized sale of substantially all of the Debtor's assets.

3. The Debtor asserts that it has related causes of actions and counterclaims against the Plaintiff and its associates sounding in fraud and breach of fiduciary duty, among other claims (the "**Causes of Action**").

4. Pursuant to 28 U.S.C. § 1452, the Debtor may remove the State Court Action to the Bankruptcy Court. The State Court Action is not a proceeding pending before the United States Tax Court or a civil action by a government unit to enforce a government unit's police or regulatory power.

5. Further, the Bankruptcy Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b). The State Court Action is related to the Bankruptcy Case and was a direct cause of the Debtor's filing.

6. Further, the State Court allegations are core proceedings under 28 U.S.C. § 157(b)(2)(A), (B), (C), (H), (K) and (O), in that the Plaintiff's claims are claims against the estate that affect the administration of the estate, liquidation of the assets of the estate, and the validity, extent and priority of liens; and/or the Causes of Action are counterclaims and assets of the estate. As such, the Bankruptcy Court may exercise jurisdiction over the State Court Action.

7. In the event that any of the Causes of Action are determined to be non-core, the Debtor consents to the entry of final orders or judgments by the Bankruptcy Court.

4866-7185-9077, v. 2

8. All parties to the State Court Action are hereby notified that the removal of the State Court Action and its Causes of Action were effective upon the filing of a copy of this notice of removal with the Clerk of the Second Circuit Court in and for Leon County, Florida, pursuant to Federal Rule of Bankruptcy Procedure 9027(c). This State Court Action is removed from the State Court to the Bankruptcy Court.

9. The parties to the State Court Action shall proceed no further in the State Court unless the action is remanded back to the State Court by the Bankruptcy Court.

DATED October 12, 2023.

*/s/ Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
Stichter Riedel Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602
Phone: (813) 229-0144
Email: sstichter@srbp.com
Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Removal of State Court Action to Bankruptcy Court* has been furnished on this 12th day of October, 2023, by email to Alexis Sophia Read on behalf of Creditor 1329 Abraham Street Holdings LLC at asr@alexisreadlaw.com.

        */s/ Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
Stichter Riedel Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602
Phone: (813) 229-0144
Email: sstichter@srbp.com
Attorneys for Debtor