| Fill in this information to identify the case: |
| :-- |

Debtor name  **Miracle Hill Nursing and Rehabilitation Center, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

Case number (if known)  **23-40398**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

**Part 1:  Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **7,300,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    **3,819,956.80**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $    **11,119,956.80**

**Part 2:  Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    **5,844,468.98**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $    **684,710.60**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **4,068,320.35**

4.  Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b

    | $  **10,597,499.93** |
    | :-- |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Miracle Hill Nursing and Rehabilitation Center, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

Case number (if known)    **23-40398**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Synovus Bank** | **Benevolent Fund Account** | **5470** | **$392,023.49** |
| 3.2. | **Centennial Bank** | | | **$2,503.00** |
| 3.3. | **Synovus Bank** | **Operating** | **0510** | **$45,083.89** |
| 3.4. | **Capital City Bank** | | | **$83,795.01** |
| 3.5. | **Synovus Bank** | **Money Market** | **1641** | **$57,686.92** |
| 3.6. | **Synovus Bank - Residents Cash in Bank (face value is $98,811.46, not Debtor's funds)** | **Checking** | **6500** | **$0.00** |

Debtor  **Miracle Hill Nursing and Rehabilitation Center, Inc.**          Case number *(If known)*  **23-40398**
     Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Synovus Bank** | **Payroll** | **0690** | **$49,338.49** |

**4.**     **Other cash equivalents** *(Identify all)*

    4.1.   **Escrow with Key Bank - Replacement Reserves**                     **$148,724.00**

**5.**     **Total of Part 1.**                                             **$779,154.80**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

    8.1.   **Escrow with Key Bank - Insurance**                             **$109,383.00**

**9.**     **Total of Part 2.**                                             **$109,383.00**
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **85,224.00** | - | **0.00** | = .... | **$85,224.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | **50,884.00** | - | **0.00** | = .... | **$50,884.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | **1,723.00** | - | **0.00** | = .... | **$1,723.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | **518,368.00** | - | **0.00** | = .... | **$518,368.00** |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Miracle Hill Nursing and Rehabilitation Center, Inc.**                    Case number *(If known)*  **23-40398**
Name

| 11a. 90 days old or less: | **3,224.00** | - | **0.00** | = .... | **$3,224.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **4,146.00** | - | **0.00** | = .... | **$4,146.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **956,159.00** | - | **0.00** | = .... | **$956,159.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$1,619,728.00**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Food Supplies Inventory** | | **Undetermined** | | **$3,350.00** |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                    **$3,350.00**

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value    Unknown    Valuation method    _____    Current Value    Unknown

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

Debtor  **Miracle Hill Nursing and Rehabilitation Center, Inc.**                    Case number *(If known)*  **23-40398**
          Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Vehicles - 2012 Ford Van** | **Undetermined** | | **$45,089.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Equipment and Furniture** | **Undetermined** | | **$1,263,252.00** |

51. **Total of Part 8.**                                                                          **$1,308,341.00**

   Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other | Nature and<br>extent of<br>debtor's interest | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor   **Miracle Hill Nursing and Rehabilitation Center, Inc.**          Case number *(if known)* **23-40398**
         Name

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1. **Real property located at 139 Abraham St., Tallahassee, Florida** | | **Undetermined** | | **$7,300,000.00** |

56.   **Total of Part 9.**
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

      | **$7,300,000.00** |
      |---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Debtor    **Miracle Hill Nursing and Rehabilitation Center, Inc.**          Case number *(If known)*  **23-40398**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $779,154.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $109,383.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,619,728.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,350.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,308,341.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................>* | | $7,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,819,956.80 | + 91b. $7,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,119,956.80 |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 6

| Fill in this information to identify the case: |
|---|

Debtor name  **Miracle Hill Nursing and Rehabilitation Center, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

Case number (if known)    **23-40398**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.1**  **1329 Abraham Street Holdings LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**All assets**

**$600,000.00**    **Undetermined**

**8301 Roosevelt Blvd.**
**Philadelphia, PA 19152**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**2.2**  **Caterpillar Financial Services Corp.**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Equipment**

**$0.00**    **$0.00**

**2120 W. En Ave.**
**Nashville, TN 37203**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Debtor  **Miracle Hill Nursing and Rehabilitation Center, Inc.**                 Case number (if known)    **23-40398**
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **KeyBank National Association** | **Describe debtor's property that is subject to a lien** | **$5,200,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Successor to KeyCorp Real Estate Capital**
**127 Public Square, 8th Floor**
**Cleveland, OH 44114**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Synovus Bank** | **Describe debtor's property that is subject to a lien** | **$44,468.98** | **Undetermined** |
|---|---|---|---|---|

Creditor's Name

**1148 Broadway**
**Columbus, GA 31901**
Creditor's mailing address

**All assets**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | **Undetermined** | **Undetermined** |
|---|---|---|---|---|

Debtor    **Miracle Hill Nursing and Rehabilitation Center, Inc.**    Case number (if known)    **23-40398**
    Name

| Creditor's Name | **All assets** |
|---|---|
| **2 North St., #320**<br>**Birmingham, AL 35203** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$5,844,468.98** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Attorney General of the United States**<br>**950 Pennsylvania Ave., N.W.**<br>**Washington, DC 20530-0001** | Line  **2.5** | |
| **U.S. Attorney**<br>**111 N. Adams St.**<br>**4th Floor, U.S. Courthouse**<br>**Tallahassee, FL 32301** | Line  **2.5** | |
| **US Small Business Administration**<br>**P.O. Box 3918**<br>**Portland, OR 97208-3918** | Line  **2.5** | |

| Fill in this information to identify the case: |
|---|

Debtor name   **Miracle Hill Nursing and Rehabilitation Center, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

Case number (if known)   **23-40398**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$684,710.60** | **$684,710.60** |

**2.1** Priority creditor's name and mailing address
**Florida Agency for Health Care Admin.**
**2727 Mahan Dr.**
**Tallahassee, FL 32308**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Bed taxes**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$684,710.60**   Priority amount **$684,710.60**

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Aamco**
**2516 W Tennessee St**
**Tallahassee, FL 32304**
Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
Is the claim subject to offset? ■ No ☐ Yes

Amount of claim **$0.00**

**3.2** Nonpriority creditor's name and mailing address
**Ability Network Inc**
**PO Box 856015**
**Minneapolis, MN 55485-6015**
Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
Is the claim subject to offset? ■ No ☐ Yes

Amount of claim **$5,180.68**

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (if known) | **23-40398** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,888.82 |

**Access Information Holding, LLC**
**Management of Georgia, LLC**
**PO Box 101048**
**Atlanta, GA 30392-1048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $111,125.70 |

**Accident Fund Insurance Company**
**P.O. Box 734928**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Advanced Business Sytsems**
**1236 North Monroe Street**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $721.30 |

**Advanced Urology Institute, LLC**
**2000 Centre Pointe Blvd**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $256,577.10 |

**Agency For Health Care Administration**
**2727 Mahan Drive, MS #14,**
**Building 2 Suite 200**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $145,606.49 |

**Agency For Health Care Administration**
**2727 Mahan Drive, MS #14,**
**Building 2 Suite 200**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $249.86 |

**Agency For Health Care Administration**
**2727 Mahan Drive, Mail Stop 33**
**Building 2 Suite 200**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (if known) | **23-40398** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$76,000.00** |
|---|---|---|---|

**Agency For Health Care Administration**
**2727 Mahan Drive, Mail Stop 3**
**Building 2 Suite 200**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$894.68** |
|---|---|---|---|

**AIG Insurance**
**PO Box 305970**
**Nashville, TN 37230-5970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$972.86** |
|---|---|---|---|

**Airgas South, Inc.**
**P.O. Box 734672**
**Dallas, TX 75373-4672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,064.93** |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,652.71** |
|---|---|---|---|

**American Express-Corporate**
**PO Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,136.97** |
|---|---|---|---|

**Apples Of Gold**
**PO Box 101**
**Blountstown, FL 32424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,070.83** |
|---|---|---|---|

**Ascendant Commercial Insurance**
**PO Box 527423**
**Miami, FL 33152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (if known) | **23-40398** |
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,489.80 |

**B&C Technologies**
**17740 Ashley Drive Suite 109**
**Panama City Beach, FL 32413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Barnes, Althemes**
**2619 Summerwood Ave**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.88 |

**Best Buy**
**1400 Apalachee Pkwy**
**Tallahassee, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.99 |

**Bitdefender**
**dba 2Checkout**
**9040 Roswell Rd, Suite 45**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.47 |

**Briggs Corporation**
**4900 University Ave, Suite 200**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $602.42 |

**Brown`s Refrigeration & Equipment, Inc**
**P.O. Box 5801**
**Tallahassee, FL 32314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Casamba, Inc.**
**5210 Lewis Rd, Ste10**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Miracle Hill Nursing and Rehabilitation Center, Inc.**                    Case number (if known)    **23-40398**
_____
Name

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,564.15** |
|---|---|---|---|

**Cat Financial Cat Card**
**PO Box 735638**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Caterpillar Access Account**
**Dept 33-8025023045**
**PO Box 78004**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$520.17** |
|---|---|---|---|

**Caterpillar Financial Services**
**PO Box 730681**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,283.61** |
|---|---|---|---|

**City Of Tallahassee**
**435 N. Macomb St.**
**Relay Box, 100098255**
**Tallahassee, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$277.14** |
|---|---|---|---|

**City Of Tallahassee**
**435 N. Macomb St.**
**Relay Box, 100026561**
**Tallahassee, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Comcast**
**PO Box 71211**
**Charlotte, NC 28272-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Comcast Xfinity**
**PO Box 71211**
**Charlotte, NC 28272-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Miracle Hill Nursing and Rehabilitation Center, Inc.**

Name

Case number (if known) **23-40398**

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,750.97 |
|---|---|---|---|

**Commercial Laundry Systems**
**978 Griffin Road**
**Wewahitchka, FL 32465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.00 |
|---|---|---|---|

**Cook, Bobby**
**10 Savannah Forest Circle**
**Crawfordville, FL 32327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.95 |
|---|---|---|---|

**Culligan Of Tallahassee LLC**
**3207 W Tharpe St**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,835.00 |
|---|---|---|---|

**Curaspan Health Group, Inc**
**210 Westwood Place, Suite 400**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,191.16 |
|---|---|---|---|

**Direct Supply Inc.**
**Box 88201**
**Milwaukee, WI 53288-0201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,643.89 |
|---|---|---|---|

**Eli Roberts & Sons, Inc.**
**PO Box 2588**
**Tallahassee, FL 32316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,831.59 |
|---|---|---|---|

**Eppes Hardware, Inc**
**Eppes Decorating Center**
**2270 Allen Road**
**Tallahassee, FL 32312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Miracle Hill Nursing and Rehabilitation Center, Inc.**          Case number (if known)    **23-40398**
　　　　　Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.00 |
|---|---|---|---|

**FAS Parts & Service**
**P.O. Box 1177**
**Crawfordville, FL 32326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,084.10 |
|---|---|---|---|

**Fisher & Phillips LLP**
**1075 Peachtree St, NE, Suite 3500**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.11 |
|---|---|---|---|

**Floor City**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,945.26 |
|---|---|---|---|

**Florida Healthcare Assoc.**
**PO Box 1459**
**Tallahassee, FL 32302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,632.85 |
|---|---|---|---|

**Florida Post Acute Care Clinicians, LLC**
**PO Box 743178**
**Atlanta, GA 30374-3178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,385.43 |
|---|---|---|---|

**Florida Star Linen**
**1501 Lancer Drive**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322,500.00 |
|---|---|---|---|

**Florida State Primitive Baptist Conv.**
**1329 Abraham Street**
**Tallahassee, FL 32304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (if known) | **23-40398** |
| --- | --- | --- | --- |
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155,300.00 |
| --- | --- | --- | --- |

**Gaines, Roland**
**7093 Ed Wilson Lane**
**Tallahassee, FL 32312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Gentle Lawn Services, LLC**
**2039 Summer Lane**
**Tallahassee, FL 32305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Gentle, Vincent**
**2039 Summer Lane**
**Tallahassee, FL 32305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.16 |
| --- | --- | --- | --- |

**Goto My PC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.92 |
| --- | --- | --- | --- |

**Grainger**
**3924 W. Pensacola At**
**Tallahassee, FL 32304-2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.66 |
| --- | --- | --- | --- |

**Greene Poultry Co.**
**P.O. Box 97**
**Iron City, GA 39859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,550.00 |
| --- | --- | --- | --- |

**H&S Services Of North Florida, Inc**
**814 Sandy Ct**
**Tallahassee, FL 32312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Miracle Hill Nursing and Rehabilitation Center, Inc.**
_____
Name

Case number (if known)   **23-40398**
_____

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**Hallmark Specialty Insurance**
**5420 Lyndon B Johnson Freeway, Suite 110**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $858.86 |
|---|---|---|---|

**Healthstream Inc**
**500 11th Ave North, Suite 1000**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,342.19 |
|---|---|---|---|

**Home Depot Credit Services**
**3200 Capital Cir NE**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hyatt Regency Orlando**
**9801 International Drive**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Indeed, Inc**
**6433 Champion Grandview Way**
**Bldg. 1**
**Austin, TX 78750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|---|

**Ingram Accounting & Consulting, LLC**
**118 Salem Ct.**
**Tallahassee, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,722.27 |
|---|---|---|---|

**Innovative Health Care Management Svcs**
**2333 Hansen Lane Suite 4**
**Tallahassee, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (if known) | **23-40398** |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,955.74** |
|---|---|---|---|
| | **IPFS Corporation** | ☐ Contingent | |
| | **3522 Thomasville Rd** | ☐ Unliquidated | |
| | **Tallahassee, FL 32309** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **It Solutions of Tallahassee, LLC** | ☐ Contingent | |
| | **1978 Nena Hills Drive** | ☐ Unliquidated | |
| | **Tallahassee, FL 32304** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|
| | **Jackson, Ruby** | ☐ Contingent | |
| | **3081 Diddie Road** | ☐ Unliquidated | |
| | **Tallahassee, FL 32312** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$960.00** |
|---|---|---|---|
| | **Jacksonville Sound & Communications** | ☐ Contingent | |
| | **PO Box 551629** | ☐ Unliquidated | |
| | **Jacksonville, FL 32255** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,665.94** |
|---|---|---|---|
| | **Jake's Brakes** | ☐ Contingent | |
| | **234 East Pershing Street** | ☐ Unliquidated | |
| | **Tallahassee, FL 32301** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|
| | **James Moore & Co., P.L.** | ☐ Contingent | |
| | **5931 N W. 1St Place** | ☐ Unliquidated | |
| | **Gainesville, FL 32607-2063** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$640.00** |
|---|---|---|---|
| | **James, Madelyn Lynn** | ☐ Contingent | |
| | **Dietary Consultant, 401 Locksley Lane** | ☐ Unliquidated | |
| | **Tallahassee, FL 32312-1923** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (if known) | **23-40398** |
|---|---|---|---|
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Johnnie Mae Harris by and through**
**Cassannia F. Walker-Gonzalez**
**c/o Katherine C. Wagner, Esq.**
**9471 Baymeadows Rd., #105**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,170.29** |
|---|---|---|---|

**Johnson Controls Fire Protection LP**
**10255 Fortune Pkwy**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$208,467.88** |
|---|---|---|---|

**Keybank Real Estate Capital**
**P.O. Box 145404**
**CIncinnati, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.18** |
|---|---|---|---|

**King, Christopher**
**1905 Capital Circle Ne**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,603.12** |
|---|---|---|---|

**Laboratory Corporation Of America**
**P.O. Box 2240**
**Burlington, NC 27216-2240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$599.69** |
|---|---|---|---|

**Lake Talquin Bait And More**
**6856 Blountstown Hwy**
**Tallahassee, FL 32310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|

**Laurie Shaun, MD**
**1628 N. Plaza Drive**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Miracle Hill Nursing and Rehabilitation Center, Inc.**

Name

Case number (if known) **23-40398**

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $524.28 |

**Leon County EMS Division**
PO Box 863353
Orlando, FL 32886-001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,928.19 |

**M2 Lease Funds, LLC**
175 Patrick Blvd. N.,Ste 140
Brookfield, WI 53045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,441.81 |

**Magellan Complete Care Florida**
PO Box 2097
Maryland Heights, MO 63043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $711.14 |

**Marpan Supply Company Inc.**
P.O. Box 2068
Tallahassee, FL 32316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.00 |

**Massey Services, Inc.**
PO Box 547668
Orlando, FL 32854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.75 |

**Mathers Electric Co., Inc**
4834 Corlett Street
Tallahassee, FL 32303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.44 |

**Mayo Clinic Jacksonville**
4500 San Pablo Road
Jacksonville, FL 32224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (if known) | **23-40398** |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231.15** |
|---|---|---|---|
| | **Med-Pass Inc.** | ☐ Contingent | |
| | **L-3495** | ☐ Unliquidated | |
| | **Columbus, OH 43260** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,804.71** |
|---|---|---|---|
| | **Medline Industries, Inc.** | ☐ Contingent | |
| | **Dept Ch 14400** | ☐ Unliquidated | |
| | **Palatine, IL 60055-4400** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$882.18** |
|---|---|---|---|
| | **Metronet LLC** | ☐ Contingent | |
| | **PO Box 630903** | ☐ Unliquidated | |
| | **CIncinnati, OH 45263** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.72** |
|---|---|---|---|
| | **Microsoft Office365** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172.94** |
|---|---|---|---|
| | **Mobilexusa** | ☐ Contingent | |
| | **PO Box 17462** | ☐ Unliquidated | |
| | **Baltimore, MD 21297** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.85** |
|---|---|---|---|
| | **Momar, Inc** | ☐ Contingent | |
| | **PO Box 19569** | ☐ Unliquidated | |
| | **Atlanta, GA 30325** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,000.00** |
|---|---|---|---|
| | **MSL, P.A.** | ☐ Contingent | |
| | **500 E Broward Blvd, Suite1550** | ☐ Unliquidated | |
| | **Fort Lauderdale, FL 33394** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Miracle Hill Nursing and Rehabilitation Center, Inc.**    Case number (if known)    **23-40398**
Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,917.80 |
|---|---|---|---|

**Net Health Systems, Inc**
40 24th St
Pittsburgh, PA 15222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.94 |
|---|---|---|---|

**Network Solutions**
13861 Sunrise Valley Dr.
Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,901.29 |
|---|---|---|---|

**NurseSpring Of Northern Florida**
3380 Capital Circle NE
Tallahassee, FL 32312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $605.62 |
|---|---|---|---|

**Office Depot Card Plan**
PO Box 689020
Des Moines, IA 50368-9020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.25 |
|---|---|---|---|

**Office Of Public Guardian**
1425 E. Piedmont Drive, Suite 201B,
Tallahassee, FL 32308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,312.33 |
|---|---|---|---|

**Omnicare Pharmacy of FLorida**
2605 West 23rd St
Panama City, FL 32405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,999.97 |
|---|---|---|---|

**Onsolve LLC**
PO Box 865672
Orlando, FL 32886

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Miracle Hill Nursing and Rehabilitation Center, Inc.**
_____
Name

Case number (if known)    **23-40398**
_____

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,220.00 |
|---|---|---|---|

**Panhandle Billing And Consult**
**18423 Ne Shadow Lane,**
**Altha, FL 32421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,003.00 |
|---|---|---|---|

**Paychex Business Solutions**
**970 Lake Carillon Drive, Suite 400**
**St Petersburg, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.56 |
|---|---|---|---|

**Paychex, Inc**
**Human Resource Services**
**PO Box 29769**
**New York, NY 10087-9769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,931.04 |
|---|---|---|---|

**Personal Security Concepts**
**3116 Capital Circle NE, Suite 3,**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.00 |
|---|---|---|---|

**Personnel Concepts**
**Compliance Service Department**
**P.O. Box 3353**
**San Dimas, CA 91773-7353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Physical Therapy Now**
**2743 Capital Circle Ne. Ste. 106,**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,271.68 |
|---|---|---|---|

**Pitney Bowes Global Fin Services, LLC**
**2225 American Drive**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (if known) | **23-40398** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,534.00 |
|---|---|---|---|

**Pods**
PO Box 791003
Baltimore, MD 21279-1003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215,682.60 |
|---|---|---|---|

**Premier Healthcare Staffing**
1031 Ives Dairy Rd,
Miami, FL 33179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,090,127.49 |
|---|---|---|---|

**Premier Healthcare Staffing**
1031 Ives Dairy Rd,, Suite 228,
Miami, FL 33179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,011.86 |
|---|---|---|---|

**Premium Assignment Corporation**
3522 Thomasville Rd, Suite 400,
Tallahassee, FL 32309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,465.21 |
|---|---|---|---|

**PrIncipal Life Insurance Co**
PO Box 10333
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,832.46 |
|---|---|---|---|

**PrIncipal Mutual Life Insurance Co.**
111 W State Street
Mason City, IA 50401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,639.65 |
|---|---|---|---|

**Progressive Commercial**
Dept 0586
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number *(if known)* | **23-40398** |
|---|---|---|---|
| | Name | | |

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$541.89** |
|---|---|---|---|

**Purchase Power**
PO Box 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,767.75** |
|---|---|---|---|

**Pye Barker Fire & Safety LLC**
1451 S Monroe St.
Tallahassee, FL 32301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.72** |
|---|---|---|---|

**R.E. Michel Company, LLC**
PO Box 2318
Baltimore, MD 21203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,956.76** |
|---|---|---|---|

**Radiology Assoc Of Tallahassee**
1600 Phillips Road,
Tallahassee, FL 32308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,240.00** |
|---|---|---|---|

**Realmed Corporation**
PO Box 844793,
Dallas, TX 75284-4793

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.45** |
|---|---|---|---|

**Renaissance Life & Health**
PO Box 7407569,
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Ricardo Carreno, D.D.S.**
PO Box 27265
Tampa, FL 33623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (if known) | **23-40398** |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
|---|---|---|---|

Roto-Rooter Sewer-Drain Serv.
P.O. Box 3133
Tallahassee, FL 32315-3133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

Rush, Frank Elder
c/o Delorise Rush
3531 Forest Oak Lane
Tallahassee, FL 32308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7.55** |
|---|---|---|---|

Safeguard Business System
P.O. Box 88043,
Chicago, IL 60680-1043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,825.90** |
|---|---|---|---|

Sam`S Club
P.O. Box 530981,
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,078.34** |
|---|---|---|---|

Service Plus Office Machines, Inc
500-A1 Capital Circle SE
Tallahassee, FL 32301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,797.30** |
|---|---|---|---|

Shared Pharmacy Services, LLC
Haven Perkins
264 Vista Oak Drive
Longwood, FL 32779

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,394.13** |
|---|---|---|---|

Staples Advantage
Dept. Atl
PO Box 405386
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

Debtor **Miracle Hill Nursing and Rehabilitation Center, Inc.**     Case number (if known)   **23-40398**

Name

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $641.84 |
|---|---|---|---|

**Staples Business Credit**
**PO Box 105638**
**Atlanata, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,900.76 |
|---|---|---|---|

**Stericycle, Inc.**
**P.O. Box 6582,**
**Carol Stream, IL 60197-6582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.68 |
|---|---|---|---|

**Tallahasse Ear, Nose And Throat**
**1405 Centerville Road, Suite 5400,**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.34 |
|---|---|---|---|

**Tallahassee Democrat**
**227 N. Bronough St.**
**Tallahassee, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.81 |
|---|---|---|---|

**Tallahassee Diagnostic Imaging**
**P.O. Box 1678,**
**Tallahassee, FL 32302-1678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,810.81 |
|---|---|---|---|

**Tallahassee Memorial Healthcare-Labs**
**1309 Thomasville Road**
**Tallahassee, FL 32303-5607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,214.80 |
|---|---|---|---|

**Tallahassee Memorial Hospital-Pac**
**1309 Thomasville Rd,**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (if known) | **23-40398** |
|---|---|---|---|
| | Name | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$378.74** |
|---|---|---|---|

**Target Print And Mail, Inc.**
**PO Box 1569**
**2843 Industrial Plaza Drive, Tallahaassee**
**Tallahassee, FL 32302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.00** |
|---|---|---|---|

**Tech Soup**
**435 Brannan St., #100**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**The Compliance Store**
**355 Industrial Park Blvd**
**Montgomery, AL 36117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181,143.78** |
|---|---|---|---|

**The Rose Group, Inc**
**817 NW 56Th Terr, Suite A**
**Gainesville, FL 32605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,050.00** |
|---|---|---|---|

**Therapeutic Endeavors**
**1344 Cross Creek Circle, Unit 1,**
**Tallahassee, FL 32301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178.90** |
|---|---|---|---|

**TMH Emergency Physician Group**
**PO Box 744237**
**Atlanta, GA 30374-4237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,300.00** |
|---|---|---|---|

**Tru Care Labs, Inc**
**3520 N Monroe Str,**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number (if known) | **23-40398** |
|---|---|---|---|
| | Name | | |

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,322.00 |
|---|---|---|---|

**United Healthcare Community Plan**
PO Box 740804,
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,914.84 |
|---|---|---|---|

**Unitedheartland Company Of America**
PO Box 4061
Carol Stream, IL 60197-4061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,609.34 |
|---|---|---|---|

**Universal Waste Management, LLC**
4422 Industrial Park Road #2,
Green Cove Springs, FL 32043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $566.81 |
|---|---|---|---|

**Unum Provident Corporation**
PO Box 403748
Atlanta, GA 30384-3748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,937.80 |
|---|---|---|---|

**US Foods, Inc.**
PO Box 281841
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,003.34 |
|---|---|---|---|

**Vascular Surgery Associates, PA**
2631 Centennial Blvd, Suite 100
Tallahassee, FL 32308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,917.36 |
|---|---|---|---|

**Vaught, James**
1605 Salmon Dr
Tallahassee, FL 32303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Miracle Hill Nursing and Rehabilitation Center, Inc.**
Name

Case number (if known) **23-40398**

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,630.96 |
|---|---|---|---|

**Verizon**
PO Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,598.55 |
|---|---|---|---|

**Vista Clinical Diagnostics LLC**
3705 South Hwy 27, Suite 201
Clermont, FL 34711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.27 |
|---|---|---|---|

**Vistaprint**
275 Wyman St.
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.92 |
|---|---|---|---|

**Vitamin Shoppe**
1313 Apalachee Parkway,
Tallahassee, FL 32301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.70 |
|---|---|---|---|

**W.W. Gay Mechanical Contractor**
524 Stockton Street
Tallahassee, FL 32304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379.93 |
|---|---|---|---|

**Walgreens**
140 Capital Circle SW
Tallahassee, FL 32304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,251.91 |
|---|---|---|---|

**Walmart**
4400 W Tennessee Street
Quincy, FL 32351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | Case number *(if known)* | **23-40398** |
|---|---|---|---|
| | Name | | |

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Washington, James**
**262 Spring Meadows Rd**
**Detroit, MI 48267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,720.42 |
|---|---|---|---|

**Wescom Solutions, Inc.**
**PO Box 674802**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.55 |
|---|---|---|---|

**Williams Orthotic-Prosthetic, Inc**
**2360 Centerville Road**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,727.32 |
|---|---|---|---|

**Wood Fruitticher Grocery**
**Dept 4005**
**PO Box 830119**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,262.40 |
|---|---|---|---|

**Xfinity**
**PO Box 71211**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Home Depot Credit Services**<br>P.O. Box 183175<br>Columbus, OH 43218-3175 | Line **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Net Health Systems, Inc**<br>P.O. Box 72046<br>Cleveland, OH 44192 | Line **3.87**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Miracle Hill Nursing and Rehabilitation Center, Inc.** | | Case number (if known) | **23-40398** |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **NurseSpring Of Northern Florida**<br>**5111 Venture Dr., #1**<br>**Ann Arbor, MI 48108** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Office Depot Card Plan**<br>**Deppt. 56-4101565744**<br>**P.O. Box 78004**<br>**Phoenix, AZ 85062** | Line **3.90**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Pitney Bowes Global Fin Services, LLC**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250** | Line **3.100**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Premier Healthcare Staffing**<br>**PO Box 219472**<br>**Kansas City, MO 64121-9472** | Line **3.102**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Premier Healthcare Staffing**<br>**PO Box 742890**<br>**Atlanta, GA 30374-2890** | Line **3.103**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Premium Assignment Corporation**<br>**PO Box 730223**<br>**Dallas, TX 75373-0223** | Line **3.104**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Service Plus Office Machines, Inc.**<br>**PO Box 4197**<br>**Tallahassee, FL 32315** | Line **3.119**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Staples Advantage**<br>**PO Box 105638**<br>**Atlanta, GA 30348-5638** | Line **3.121**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 684,710.60 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,068,320.35 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,753,030.95 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Miracle Hill Nursing and Rehabilitation Center, Inc.** |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION |
| Case number (if known)    **23-40398** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Management Agreement** | |
|         State the term remaining | |
|         List the contract number of any government contract | **Innovative Health Care Management Services, Inc.** |

**Fill in this information to identify the case:**

Debtor name __**Miracle Hill Nursing and Rehabilitation Center, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION__

Case number (if known) __**23-40398**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Florida State Primitive Baptist Conv.** | | **1329 Abraham Street Holdings LLC** | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name  **Miracle Hill Nursing and Rehabilitation Center, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

Case number (if known)  **23-40398**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
■ Schedule H: Codebtors (Official Form 206H)
■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct. *

Executed on  **11/10/2023**        x _____
                                    Signature of individual signing on behalf of debtor

                                    **Dr. DeWayne K. Harvey**
                                    Printed name

                                    **Facilities Manager**
                                    Position or relationship to debtor

* The responses to the Schedules and Statement of Financial Affairs are trre and accurate to the best of my knowledge and belief.  There are significant issues with the manner in which the prior administration maintained the Debtor's books and records.  The current administration is working to address the issues but needs to rely on the historical records in order to complete these Schedules and Statement of Financial Affairs.

**Fill in this information to identify the case:**

Debtor name __**Miracle Hill Nursing and Rehabilitation Center, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION__

Case number (if known) __**23-40398**__

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **7/01/2023** to **Filing Date** | ☐ Operating a business ■ Other  **Gross Revenues/Sales** | **$2,882,471.59** |
| **For prior year:** From  **7/01/2022** to  **6/30/2023** | ☐ Operating a business ■ Other  **Gross Revenues/Sales** | **$7,832,761.10** |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ☐ Operating a business ■ Other  **Gross Revenues/Sales** | **$8,555,773.52** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor  **Miracle Hill Nursing and Rehabilitation Center, Inc.**

Case number *(if known)*  **23-40398**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attachment** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **1329 Abraham Street Holdings LLC v Miracle Hill Nursing and Rehabilitation Center, Inc., et al.**<br>**Case No. 2023-CA-1304** | | **Leon County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **The Rose Group, Inc vs Miracle Hill Nursing and Rehabilitation Center, Inc.**<br>**Case No. 01-2022-3463** | | **Alachua County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**Date:  Nov 8, 2023**
**Time: 08:29:15 ET**
**User: rbrooks**

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

**Page # 1**

Check Numbers: 1 - 999999999     Bank: TALL STATE BANK OPERATING CHEK

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| DP4014 | PAYCHEX, INC | PAYCHEX, INC | 5466-20 | 7/20/2023 | $425.00 | Misc. Payment | Y |
| DP4018 | PAYCHEX, INC. | HUMAN RESOURCES SERVICES | 5466-24 | 7/20/2023 | $1,043.75 | Misc. Payment | Y |
| DP4096 | US FOODS, INC. | US FOODS, INC. | 5579-9 | 7/17/2023 | $3,896.25 | Payment | Y |
| DP4097 | US FOODS, INC. | US FOODS, INC. | 5579-10 | 7/19/2023 | $504.38 | Payment | Y |
| DP4098 | US FOODS, INC. | US FOODS, INC. | 5579-11 | 7/24/2023 | $4,429.35 | Payment | Y |
| DP4099 | US FOODS, INC. | US FOODS, INC. | 5579-12 | 7/31/2023 | $3,350.01 | Payment | Y |
| DP4101 | US FOODS, INC. | US FOODS, INC. | 5579-14 | 8/2/2023 | $545.12 | Payment | Y |
| DP4102 | US FOODS, INC. | US FOODS, INC. | 5579-15 | 8/7/2023 | $3,137.55 | Payment | Y |
| DP4122 | CAPITAL HEALTH PLAN, INC. | Capital Health Plan | 5614-1 | 7/20/2023 | $21,504.96 | Misc. Payment | Y |
| DP4123 | CAPITAL HEALTH PLAN, INC. | Capital Health Plan | 5614-2 | 8/21/2023 | $26,506.11 | Misc. Payment | Y |
| DP4124 | CANON FINANCIAL SERVICES, INC | CANON FINANCIAL SERVICES, INC | 5614-3 | 8/3/2023 | $206.46 | Misc. Payment | Y |
| DP4125 | JOHNSON CONTROLS FIRE PROTECTION LP | JOHNSON CONTROLS FIRE PROTECTION LP | 5614-4 | 8/1/2023 | $1,185.44 | Misc. Payment | Y |
| DP4126 | JOHNSON CONTROLS FIRE PROTECTION LP | JOHNSON CONTROLS FIRE PROTECTION LP | 5614-5 | 9/5/2023 | $1,185.44 | Misc. Payment | Y |
| DP4127 | US FOODS, INC. | US FOODS, INC. | 5613-1 | 8/14/2023 | $3,731.27 | Payment | Y |
| DP4128 | US FOODS, INC. | US FOODS, INC. | 5613-2 | 8/21/2023 | $3,978.66 | Payment | Y |
| DP4129 | US FOODS, INC. | US FOODS, INC. | 5613-3 | 8/28/2023 | $4,138.54 | Payment | Y |
| DP4130 | US FOODS, INC. | US FOODS, INC. | 5613-4 | 9/5/2023 | $4,121.91 | Payment | Y |
| DP4131 | US FOODS, INC. | US FOODS, INC. | 5613-5 | 9/11/2023 | $3,793.12 | Payment | Y |
| DP4132 | US FOODS, INC. | US FOODS, INC. | 5613-6 | 9/18/2023 | $3,805.51 | Payment | Y |
| DP4133 | US FOODS, INC. | US FOODS, INC. | 5613-7 | 9/25/2023 | $4,069.51 | Payment | Y |
| DP4134 | US FOODS, INC. | US FOODS, INC. | 5613-8 | 9/27/2023 | $1,226.99 | Payment | Y |
| DP4135 | US FOODS, INC. | US FOODS, INC. | 5613-9 | 10/2/2023 | $3,731.68 | Payment | Y |
| DP4136 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-1 | 7/17/2023 | $132.93 | Payment | Y |
| DP4137 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-2 | 7/17/2023 | $1,481.14 | Payment | Y |
| DP4138 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-3 | 7/26/2023 | $135.61 | Payment | Y |
| DP4139 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-4 | 7/31/2023 | $2,259.67 | Payment | Y |
| DP4140 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-5 | 7/31/2023 | $62.54 | Payment | Y |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| DP4141 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-6 | 8/7/2023 | $210.94 | Payment | Y |
| DP4142 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-7 | 8/7/2023 | $1,941.89 | Payment | Y |
| DP4143 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-8 | 8/14/2023 | $238.10 | Payment | Y |
| DP4144 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-9 | 8/14/2023 | $508.24 | Payment | Y |
| DP4145 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-10 | 8/14/2023 | $1,713.47 | Payment | Y |
| DP4146 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-11 | 8/21/2023 | $75.89 | Payment | Y |
| DP4147 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-12 | 8/21/2023 | $1,809.55 | Payment | Y |
| DP4148 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-13 | 8/28/2023 | $201.88 | Payment | Y |
| DP4149 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-14 | 8/28/2023 | $1,894.28 | Payment | Y |
| DP4150 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-15 | 8/28/2023 | $339.19 | Payment | Y |
| DP4151 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-16 | 8/31/2023 | $854.49 | Payment | Y |
| DP4152 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-17 | 9/5/2023 | $70.06 | Payment | Y |
| DP4153 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-18 | 9/5/2023 | $373.55 | Payment | Y |
| DP4154 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-19 | 9/5/2023 | $2,097.72 | Payment | Y |
| DP4155 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-20 | 9/11/2023 | $257.93 | Payment | Y |
| DP4156 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-21 | 9/11/2023 | $1,670.22 | Payment | Y |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

Page # 3

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| DP4157 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-22 | 7/24/2023 | $1,810.99 | Misc. Payment | Y |
| DP4158 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-23 | 7/24/2023 | $85.58 | Misc. Payment | Y |
| DP4161 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-26 | 7/17/2023 | $0.00 | Misc. Payment | Y |
| DP4162 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-27 | 9/18/2023 | $1,958.19 | Payment | Y |
| DP4163 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-28 | 9/18/2023 | $223.28 | Payment | Y |
| DP4164 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-29 | 9/25/2023 | $1,931.31 | Misc. Payment | Y |
| DP4165 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-30 | 10/2/2023 | $1,900.52 | Misc. Payment | Y |
| DP4166 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-31 | 10/2/2023 | $81.05 | Misc. Payment | Y |
| DP4167 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-32 | 10/2/2023 | $0.00 | Misc. Payment | Y |
| DP4168 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-33 | 10/2/2023 | $189.08 | Misc. Payment | Y |
| DP4169 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-34 | 10/10/2023 | $148.88 | Misc. Payment | Y |
| DP4170 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-35 | 10/10/2023 | $1,842.25 | Misc. Payment | Y |
| DP4171 | WOOD FRUITTICHER GROCERY | WOOD FRUITTICHER GROCERY | 5612-36 | 9/25/2023 | $163.88 | Misc. Payment | Y |
| DP4172 | EARTHLINK,INC | EARTHLINK,INC | 5642-1 | 7/31/2023 | $31.95 | Misc. Payment | Y |
| DP4173 | EARTHLINK,INC | EARTHLINK,INC | 5642-2 | 8/30/2023 | $31.95 | Misc. Payment | Y |
| DP4174 | EARTHLINK,INC | EARTHLINK,INC | 5642-3 | 10/2/2023 | $31.95 | Misc. Payment | Y |
| DP4185 | PURCHASE POWER | PURCHASE POWER | 5643-11 | 8/4/2023 | $13.00 | Misc. Payment | Y |
| DP4186 | PURCHASE POWER | PURCHASE POWER | 5643-12 | 9/5/2023 | $12.00 | Misc. Payment | Y |
| DP4187 | PURCHASE POWER | PURCHASE POWER | 5643-13 | 10/5/2023 | $12.00 | Misc. Payment | Y |
| DP4188 | CATERPILLAR FINANCIAL SERVICES | CATERPILLAR FINANCIAL SERVICES | 5644-1 | 7/25/2023 | $3,467.71 | Misc. Payment | Y |
| DP4189 | CATERPILLAR FINANCIAL SERVICES | CATERPILLAR FINANCIAL SERVICES | 5644-2 | 8/23/2023 | $3,467.71 | Misc. Payment | Y |
| DP4190 | CATERPILLAR FINANCIAL SERVICES | CATERPILLAR FINANCIAL SERVICES | 5644-3 | 9/25/2023 | $3,467.71 | Misc. Payment | Y |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

Page # 4

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| DP4191 | COMCAST | COMCAST | 5648-1 | 7/25/2023 | $176.36 | Misc. Payment | Y |
| DP4192 | COMCAST | COMCAST | 5648-2 | 8/25/2023 | $176.36 | Misc. Payment | Y |
| DP4193 | COMCAST | COMCAST | 5648-3 | 9/25/2023 | $176.36 | Misc. Payment | Y |
| DP4194 | KEYBANK REAL ESTATE CAPITAL | KEYBANK REAL ESTATE CAPITAL | 5650-1 | 8/11/2023 | $48,714.65 | Misc. Payment | Y |
| DP4195 | KEYBANK REAL ESTATE CAPITAL | KEYBANK REAL ESTATE CAPITAL | 5650-2 | 9/8/2023 | $48,714.65 | Misc. Payment | Y |
| DP4222 | BP BUSINESS SOLUTIONS | BP BUSINESS SOLUTIONS | 5672-9 | 8/8/2023 | $11,614.24 | Payment | Y |
| DP4223 | BP BUSINESS SOLUTIONS | BP BUSINESS SOLUTIONS | 5672-10 | 9/8/2023 | $16,776.68 | Payment | Y |
| DP4224 | BP BUSINESS SOLUTIONS | BP BUSINESS SOLUTIONS | 5672-11 | 10/10/2023 | $10,885.75 | Payment | Y |
| 58771 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5569-1 | 7/17/2023 | $4,000.00 | Payment | |
| 58772 | FLORIDA HEALTHCARE ASSOC. | FLORIDA HEALTHCARE ASSOC. | 5569-2 | 7/17/2023 | $1,032.14 | Payment | |
| 58773 | ALCOM CORPORATION, INC | ALCOM CORPORATION, INC | 5569-3 | 7/17/2023 | $406.25 | Payment | |
| 58774 | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | 5569-4 | 7/17/2023 | $8,772.08 | Payment | |
| 58775 | MEDLINE INDUSTRIES, INC. | MEDLINE INDUSTRIES, INC. | 5569-5 | 7/17/2023 | $2,000.00 | Payment | |
| 58776 | MIRACLE HILL NURSING AND REHABILITATION | MIRACLE HILL NURSING AND REHABILITATION | 5569-6 | 7/17/2023 | $100.00 | Misc. Payment | |
| 58777 | CENTURY LINK | CENTURY LINK | 5570-1 | 7/18/2023 | $1,448.90 | Payment | |
| 58778 | BROWN & BROWN OF FLORIDA, INC. | BROWN & BROWN OF FLORIDA, INC. | 5570-2 | 7/18/2023 | $1,000.00 | Misc. Payment | |
| 58779 | Ascendant Commercial Insurance | Ascendant Commercial Insurance | 5570-3 | 7/18/2023 | $7,780.75 | Misc. Payment | |
| 58780 | PANHANDLE BILLING AND CONSULT | PANHANDLE BILLING AND CONSULT | 5570-4 | 7/18/2023 | $2,085.00 | Payment | |
| 58781 | ARTEZIA | ARTEZIA | 5571-1 | 7/19/2023 | $775.50 | Payment | |
| 58782 | PRINCIPAL LIFE INSURANCE CO | PRINCIPAL LIFE INSURANCE CO | 5571-2 | 7/19/2023 | $1,299.34 | Misc. Payment | |
| 58783 | B&C TECHNOLOGIES | B&C TECHNOLOGIES | 5573-1 | 7/24/2023 | $364.83 | Misc. Payment | |
| 58784 | PROGRESSIVE COMMERCIAL | PROGRESSIVE COMMERCIAL | 5575-1 | 7/26/2023 | $2,238.40 | Misc. Payment | |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

Page # 5

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 58785 | Ascendant Commercial Insurance | Ascendant Commercial Insurance | 5575-2 | 7/27/2023 | $370.37 | Misc. Payment | |
| 58786 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5575-3 | 7/27/2023 | $4,000.00 | Payment | |
| 58787 | OTIS ELEVATOR COMPANY | OTIS ELEVATOR COMPANY | 5575-4 | 7/27/2023 | $1,500.00 | Payment | |
| 58788 | MATHERS ELECTRIC CO., INC, | MATHERS ELECTRIC CO., INC, | 5575-5 | 7/27/2023 | $888.08 | Payment | |
| 58789 | MATHERS ELECTRIC CO., INC, | MATHERS ELECTRIC CO., INC, | 5575-6 | 7/27/2023 | $150.00 | Misc. Payment | |
| 58790 | OSCEOLA SUPPLY, INC. | Osceola Supply | 5575-7 | 7/27/2023 | $1,992.50 | Payment | |
| 58791 | PointClickCare Technologies Inc. | PointClickCare Technologies Inc. | 5575-8 | 7/27/2023 | $11,222.58 | Payment | |
| 58792 | MADISON'S LAWN SERVICE | MADISON'S LAWN SERVICE | 5575-9 | 7/27/2023 | $400.00 | Payment | |
| 58793 | AIRGAS SOUTH, INC. | AIRGAS SOUTH, INC. | 5575-10 | 7/27/2023 | $1,218.77 | Payment | |
| 58794 | SAFEGUARD BUSINESS SYSTEM | SAFEGUARD BUSINESS SYSTEM | 5575-11 | 7/27/2023 | $255.31 | Payment | |
| 58795 | MEDLINE INDUSTRIES, INC. | MEDLINE INDUSTRIES, INC. | 5575-12 | 7/27/2023 | $4,659.64 | Payment | |
| 58796 | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | 5576-1 | 7/28/2023 | $12,000.00 | Payment | |
| 58797 | ACCESS INFORMATION HOLDING, LLC | ACCESS INFORMATION HOLDING, LLC | 5577-1 | 7/28/2023 | $840.93 | Payment | |
| 58798 | TARGET PRINT AND MAIL, INC. | TARGET PRINT AND MAIL, INC. | 5581-1 | 8/7/2023 | $133.44 | Misc. Payment | |
| 58799 | DIRECT SUPPLY INC. | DIRECT SUPPLY INC. | 5581-2 | 8/7/2023 | $823.10 | Payment | |
| 58800 | ALCOM CORPORATION, INC | ALCOM CORPORATION, INC | 5581-3 | 8/7/2023 | $406.25 | Payment | |
| 58801 | PANHANDLE BILLING AND CONSULT | PANHANDLE BILLING AND CONSULT | 5581-4 | 8/7/2023 | $1,000.00 | Payment | |
| 58802 | OSCEOLA SUPPLY, INC. | Osceola Supply | 5581-5 | 8/7/2023 | $2,316.52 | Payment | |
| 58803 | MEDLINE INDUSTRIES, INC. | MEDLINE INDUSTRIES, INC. | 5581-6 | 8/7/2023 | $2,033.81 | Payment | |
| 58804 | FLORIDA HEALTHCARE ASSOC. | FLORIDA HEALTHCARE ASSOC. | 5581-7 | 8/7/2023 | $1,032.14 | Misc. Payment | |
| 58805 | IT Solutions of Tallahassee, LLC | IT Solutions of Tallahassee, LLC | 5581-8 | 8/7/2023 | $1,858.25 | Payment | |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

Page # 6

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 58806 | PointClickCare Technologies Inc. | PointClickCare Technologies Inc. | 5581-9 | 8/7/2023 | $11,222.58 | Payment | |
| 58807 | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | 5581-10 | 8/7/2023 | $14,406.19 | Payment | |
| 58808 | COMMERCIAL RESTAURANT SERVICE SOLUTION | COMMERCIAL RESTAURANT SERVICE SOLUTION | 5581-11 | 8/7/2023 | $1,128.84 | Payment | |
| 58809 | FLORIDA STAR LINEN | FLORIDA STAR LINEN | 5581-12 | 8/7/2023 | $1,000.00 | Payment | |
| 58810 | OMNICARE PHARMACY OF FLORIDA | OMNICARE PHARMACY OF FLORIDA | 5581-13 | 8/7/2023 | $10,524.09 | Payment | |
| 58811 | PYE BARKER FIRE & SAFETY LLC | PYE BARKER FIRE & SAFETY | 5581-14 | 8/7/2023 | $2,594.95 | Payment | |
| 58812 | AIRGAS SOUTH, INC. | AIRGAS SOUTH, INC. | 5581-15 | 8/7/2023 | $556.83 | Payment | |
| 58813 | FLORIDA DEPARTMENT OF STATE | FLORIDA DEPARTMENT OF STATE | 5581-16 | 8/7/2023 | $25.00 | Misc. Payment | |
| 58814 | DBPR | DBPR | 5581-17 | 8/7/2023 | $125.00 | Misc. Payment | |
| 58815 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5582-1 | 8/7/2023 | $6,767.55 | Payment | |
| 58816 | JOHNSON CONTROLS FIRE PROTECTION LP | JOHNSON CONTROLS FIRE PROTECTION LP | 5583-1 | 8/8/2023 | $1,532.85 | Payment | |
| 58817 | UNIVERSAL WASTE MANAGEMENT, LLC | UNIVERSAL WASTE MANAGEMENT, LLC | 5583-2 | 8/8/2023 | $439.00 | Misc. Payment | |
| 58818 | CITY OF TALLAHASSEE GROWTH | CITY OF TALLAHASSEE GROWTH | 5584-1 | 8/8/2023 | $459.00 | Misc. Payment | |
| 58819 | WALKER, PATRICIA | WALKER, PATRICIA | 5585-1 | 8/9/2023 | $321.24 | Misc. Payment | |
| 58820 | MADISON'S LAWN SERVICE | MADISON'S LAWN SERVICE | 5585-2 | 8/9/2023 | $400.00 | Misc. Payment | |
| 58821 | MOBILEXUSA | MOBILEXUSA | 5588-1 | 8/14/2023 | $2,080.47 | Payment | |
| 58822 | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | 5588-2 | 8/14/2023 | $1,063.00 | Misc. Payment | |
| 58823 | CENTURY LINK | CENTURY LINK | 5589-1 | 8/15/2023 | $2,593.43 | Payment | |
| 58824 | 1st Choice Pest Services | 1st Choice Pest Services | 5591-1 | 8/16/2023 | $500.00 | Payment | |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

Page # 7

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 58825 | JOHN D.JONES A/C HEATING & REFRIGERATION | JOHN D.JONES A/C HEATING & REFRIGERATION | 5591-2 | 8/16/2023 | $786.79 | Misc. Payment | |
| 58826 | AIRGAS SOUTH, INC. | AIRGAS SOUTH, INC. | 5592-1 | 8/16/2023 | $1,100.01 | Payment | |
| 58827 | ARTEZIA | ARTEZIA | 5592-2 | 8/16/2023 | $629.00 | Payment | |
| 58828 | DEWAYNE HARVEY | DEWAYNE HARVEY | 5592-3 | 8/16/2023 | $50.00 | Misc. Payment | |
| 58829 | B&C TECHNOLOGIES | B&C TECHNOLOGIES | 5592-4 | 8/16/2023 | $423.96 | Payment | |
| 58830 | COMMUNITY COFFEE COMPANY, LLC | COMMUNITY COFFEE COMPANY | 5592-5 | 8/16/2023 | $363.41 | Payment | |
| 58831 | DOMAIN LISTINGS | DOMAIN LISTINGS | 5592-6 | 8/16/2023 | $288.00 | Payment | |
| 58832 | ELSASSER'S LOCK & KEY, INC. | ELSASSER'S LOCK & KEY, INC. | 5592-7 | 8/16/2023 | $404.43 | Payment | |
| 58833 | GLASS SERVICE CENTER | GLASS SERVICE CENTER | 5592-8 | 8/16/2023 | $524.40 | Payment | |
| 58834 | LAURIE, SHAUN, MD | LAURIE, SHAUN, MD | 5592-9 | 8/16/2023 | $1,500.00 | Payment | |
| 58835 | MADISON'S LAWN SERVICE | MADISON'S LAWN SERVICE | 5592-10 | 8/16/2023 | $800.00 | Payment | |
| 58836 | MEDLINE INDUSTRIES, INC. | MEDLINE INDUSTRIES, INC. | 5592-11 | 8/16/2023 | $3,222.52 | Payment | |
| 58837 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5593-1 | 8/16/2023 | $7,235.48 | Payment | |
| 58838 | DEPARTMENT OF HEALTH | DEPARTMENT OF HEALTH | 5594-1 | 8/17/2023 | $85.35 | Misc. Payment | |
| 58839 | MORGAN, DONNA | MORGAN, DONNA | 5595-1 | 8/17/2023 | $11,115.00 | Misc. Payment | |
| 58839 | MORGAN, DONNA | MORGAN, DONNA | 866-1 | 8/17/2023 | ($11,115.00) | Misc. Payment | Reversed |
| 58840 | Ascendant Commercial Insurance | Ascendant Commercial Insurance | 5597-1 | 8/22/2023 | $7,040.01 | Misc. Payment | |
| 58841 | BE STRONG THERAPY SERVICES | BE STRONG THERAPY SERVICES | 856-1 | 8/22/2023 | ($2,600.00) | Misc. Payment | Reversed |
| 58841 | BE STRONG THERAPY SERVICES | BE STRONG THERAPY SERVICES | 5597-2 | 8/22/2023 | $2,600.00 | Misc. Payment | |
| 58842 | GENTLE, VINCENT | GENTLE, VINCENT | 5597-3 | 8/22/2023 | $600.00 | Payment | |
| 58843 | PANHANDLE BILLING AND CONSULT | PANHANDLE BILLING AND CONSULT | 5597-4 | 8/22/2023 | $1,755.00 | Payment | |
| 58844 | PointClickCare Technologies Inc. | PointClickCare Technologies Inc. | 5597-5 | 8/22/2023 | $5,611.29 | Payment | |
| 58845 | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | 5597-6 | 8/22/2023 | $18,000.00 | Payment | |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

Page # 8

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 58845 | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | 852-1 | 8/22/2023 | ($18,000.00) | Payment | Reversed |
| 58846 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5597-7 | 8/22/2023 | $6,000.00 | Payment | |
| 58847 | PROGRESSIVE COMMERCIAL | PROGRESSIVE COMMERCIAL | 5597-8 | 8/22/2023 | $2,228.40 | Misc. Payment | |
| 58848 | PERSONAL SECURITY CONCEPTS | PERSONAL SECURITY CONCEPTS | 5599-1 | 8/23/2023 | $450.00 | Payment | |
| 58849 | EVANS, ANNETTE | EVANS, ANNETTE | 5599-2 | 8/23/2023 | $40.00 | Misc. Payment | |
| 58850 | ROTO-ROOTER SEWER-DRAIN SERV. | ROTO-ROOTER SEWER-DRAIN SERV. | 5600-1 | 8/24/2023 | $300.11 | Misc. Payment | |
| 58851 | OSCEOLA SUPPLY, INC. | Osceola Supply | 5600-2 | 8/24/2023 | $1,567.74 | Payment | |
| 58852 | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | 5602-1 | 8/24/2023 | $18,000.00 | Payment | |
| 58853 | ELI ROBERTS & SONS, INC. | ELI ROBERTS & SONS, INC. | 5604-1 | 8/29/2023 | $476.63 | Misc. Payment | |
| 58854 | WALKER, PATRICIA | WALKER, PATRICIA | 5606-1 | 9/5/2023 | $100.00 | Misc. Payment | |
| 58855 | BROWN & BROWN OF FLORIDA, INC. | BROWN & BROWN OF FLORIDA, INC. | 5606-2 | 9/5/2023 | $3,500.00 | Payment | |
| 58856 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5608-1 | 9/7/2023 | $13,788.23 | Payment | |
| 58857 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5608-2 | 9/7/2023 | $284.85 | Payment | |
| 58858 | PYE BARKER FIRE & SAFETY LLC | PYE BARKER FIRE & SAFETY | 5608-3 | 9/7/2023 | $1,324.85 | Payment | |
| 58859 | OMNICARE PHARMACY OF FLORIDA | OMNICARE PHARMACY OF FLORIDA | 5608-4 | 9/7/2023 | $3,604.57 | Payment | |
| 58860 | FLORIDA HEALTHCARE ASSOC. | FLORIDA HEALTHCARE ASSOC. | 5608-5 | 9/7/2023 | $1,032.14 | Payment | |
| 58861 | MOBILEXUSA | MOBILEXUSA | 5608-6 | 9/7/2023 | $456.71 | Payment | |
| 58862 | JOHNSON CONTROLS FIRE PROTECTION LP | JOHNSON CONTROLS FIRE PROTECTION LP | 5608-7 | 9/7/2023 | $2,000.00 | Payment | |
| 58863 | AIRGAS SOUTH, INC. | AIRGAS SOUTH, INC. | 5608-8 | 9/7/2023 | $1,948.16 | Payment | |
| 58864 | ELI ROBERTS & SONS, INC. | ELI ROBERTS & SONS, INC. | 5608-9 | 9/7/2023 | $168.96 | Payment | |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

Page # 9

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 58865 | UNIVERSAL WASTE MANAGEMENT, LLC | UNIVERSAL WASTE MANAGEMENT, LLC | 5608-10 | 9/7/2023 | $448.00 | Payment | |
| 58866 | COMMERCIAL RESTAURANT SERVICE SOLUTION | COMMERCIAL RESTAURANT SERVICE SOLUTION | 5608-11 | 9/7/2023 | $1,124.00 | Payment | |
| 58867 | TARGET PRINT AND MAIL, INC. | TARGET PRINT AND MAIL, INC. | 5608-12 | 9/7/2023 | $133.44 | Payment | |
| 58868 | FLORIDA STAR LINEN | FLORIDA STAR LINEN | 5608-13 | 9/7/2023 | $500.00 | Payment | |
| 58869 | DIRECT SUPPLY INC. | DIRECT SUPPLY INC. | 5608-14 | 9/7/2023 | $135.00 | Payment | |
| 58870 | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | 5608-15 | 9/7/2023 | $20,795.92 | Payment | |
| 58871 | CAT FINANCIAL CAT CARD | CAT FINANCIAL CAT CARD | 5608-16 | 9/7/2023 | $505.56 | Payment | |
| 58872 | IT Solutions of Tallahassee, LLC | IT Solutions of Tallahassee, LLC | 5608-17 | 9/7/2023 | $1,500.00 | Payment | |
| 58873 | JAMES, MADELYN LYNN | JAMES, MADELYN LYNN | 5608-18 | 9/7/2023 | $1,280.00 | Payment | |
| 58874 | PointClickCare Technologies Inc. | PointClickCare Technologies Inc. | 5608-19 | 9/7/2023 | $5,611.29 | Payment | |
| 58875 | MEDLINE INDUSTRIES, INC. | MEDLINE INDUSTRIES, INC. | 5608-20 | 9/7/2023 | $3,099.89 | Misc. Payment | |
| 58876 | ROTO-ROOTER SEWER-DRAIN SERV. | ROTO-ROOTER SEWER-DRAIN SERV. | 5608-21 | 9/7/2023 | $367.00 | Payment | |
| 58877 | BROWN'S REFRIGERATION & EQUIPMENT, INC | BROWN'S REFRIGERATION & EQUIPMENT, INC | 5608-22 | 9/7/2023 | $530.00 | Misc. Payment | |
| 58878 | STAPLES ADVANTAGE | STAPLES ADVANTAGE | 5608-23 | 9/7/2023 | $393.46 | Payment | |
| 58879 | PANHANDLE BILLING AND CONSULT | PANHANDLE BILLING AND CONSULT | 5608-24 | 9/7/2023 | $2,470.00 | Payment | |
| 58880 | MADISON'S LAWN SERVICE | MADISON'S LAWN SERVICE | 5608-25 | 9/7/2023 | $400.00 | Misc. Payment | |
| 58881 | RING POWER CORPORATION | RING POWER CORPORATION | 5608-26 | 9/7/2023 | $2,391.88 | Misc. Payment | |
| 58882 | OTIS ELEVATOR COMPANY | OTIS ELEVATOR COMPANY | 5608-27 | 9/7/2023 | $350.00 | Payment | |
| 58883 | OSCEOLA SUPPLY, INC. | Osceola Supply | 5608-28 | 9/7/2023 | $2,578.61 | Payment | |
| 58884 | GIBSON KOHL, P.L. | GIBSON KOHL, P.L. | 5608-29 | 9/7/2023 | $3,282.66 | Misc. Payment | |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

Page # 10

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 58885 | BE STRONG THERAPY SERVICES | BE STRONG THERAPY SERVICES | 5611-1 | 9/7/2023 | $2,650.00 | Misc. Payment | |
| 58886 | BE STRONG THERAPY SERVICES | BE STRONG THERAPY SERVICES | 5611-2 | 9/7/2023 | $3,960.00 | Misc. Payment | |
| 58887 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5611-3 | 9/7/2023 | $10,000.00 | Payment | |
| 58888 | DEWAYNE HARVEY | DEWAYNE HARVEY | 5615-1 | 9/14/2023 | $33.27 | Misc. Payment | |
| 58889 | MILLER GLASS | MILLER GLASS | 5615-2 | 9/14/2023 | $200.00 | Misc. Payment | |
| 58890 | MADISON'S LAWN SERVICE | MADISON'S LAWN SERVICE | 5615-3 | 9/14/2023 | $400.00 | Misc. Payment | |
| 58891 | IT Solutions of Tallahassee, LLC | IT Solutions of Tallahassee, LLC | 5615-4 | 9/14/2023 | $150.48 | Misc. Payment | |
| 58892 | PointClickCare Technologies Inc. | PointClickCare Technologies Inc. | 5615-5 | 9/14/2023 | $5,611.29 | Payment | |
| 58893 | OMNICARE PHARMACY OF FLORIDA | OMNICARE PHARMACY OF FLORIDA | 5615-6 | 9/14/2023 | $4,057.59 | Payment | |
| 58894 | COMMUNITY COFFEE COMPANY, LLC | COMMUNITY COFFEE COMPANY | 5615-7 | 9/14/2023 | $305.30 | Payment | |
| 58895 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5615-8 | 9/14/2023 | $5,000.00 | Payment | |
| 58896 | PRINCIPAL LIFE INSURANCE CO | PRINCIPAL LIFE INSURANCE CO | 5615-9 | 9/14/2023 | $1,171.82 | Payment | |
| 58897 | MEDLINE INDUSTRIES, INC. | MEDLINE INDUSTRIES, INC. | 5615-10 | 9/14/2023 | $3,119.50 | Payment | |
| 58898 | IPFS CORPORATION | IPFS CORPORATION | 5615-11 | 9/14/2023 | $2,539.21 | Misc. Payment | |
| 58899 | MED-PASS INC. | MED-PASS INC. | 5615-12 | 9/14/2023 | $34.59 | Payment | |
| 58900 | INNOVATIVE HEALTH CARE PROPERTIES, INC. | INNOVATIVE HEALTH CARE PROPERTIES, INC. | 5615-13 | 9/14/2023 | $6,107.50 | Payment | |
| 58901 | DUHART, WILLIE | DUHART, WILLIE | 5619-1 | 9/20/2023 | $40.00 | Misc. Payment | |
| 58902 | DEWAYNE HARVEY | DEWAYNE HARVEY | 5619-2 | 9/20/2023 | $85.00 | Misc. Payment | |
| 58903 | W.W. GAY MECHANICAL CONTRACTOR | W.W. GAY MECHANICAL CONTRACTOR | 5619-3 | 9/20/2023 | $13,597.00 | Payment | |
| 58904 | WILSON,CAROLINE | WILSON,CAROLINE | 5619-4 | 9/20/2023 | $496.00 | Misc. Payment | |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

Page # 11

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 58905 | JAMES, MADELYN LYNN | JAMES, MADELYN LYNN | 5619-5 | 9/20/2023 | $640.00 | Payment | |
| 58906 | MADISON'S LAWN SERVICE | MADISON'S LAWN SERVICE | 5619-6 | 9/20/2023 | $400.00 | Payment | |
| 58907 | BARNES, ALTHEMES | BARNES, ALTHEMES | 5619-7 | 9/20/2023 | $30,000.00 | Payment | |
| 58908 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5619-8 | 9/20/2023 | $4,000.00 | Payment | |
| 58909 | MCMILLON, MARQUITA | MCMILLON, MARQUITA | 5622-1 | 9/21/2023 | $3,000.00 | Misc. Payment | |
| 58910 | AAMCO | AAMCO | 5622-2 | 9/21/2023 | $2,000.00 | Payment | |
| 58911 | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | 5622-3 | 9/21/2023 | $20,000.00 | Payment | |
| 58912 | OTIS ELEVATOR COMPANY | OTIS ELEVATOR COMPANY | 5623-1 | 9/25/2023 | $1,500.00 | Payment | |
| 58913 | OTIS ELEVATOR COMPANY | OTIS ELEVATOR COMPANY | 5623-2 | 9/25/2023 | $100.00 | Payment | |
| 58914 | BROWN & BROWN OF FLORIDA, INC. | BROWN & BROWN OF FLORIDA, INC. | 5623-3 | 9/25/2023 | $24,865.90 | Misc. Payment | |
| 58915 | ENJOY LIFE | ENJOY LIFE | 5625-1 | 9/26/2023 | $2,351.25 | Misc. Payment | |
| 58916 | MOBILEXUSA | MOBILEXUSA | 5625-2 | 9/26/2023 | $1,251.93 | Payment | |
| 58917 | AIRGAS SOUTH, INC. | AIRGAS SOUTH, INC. | 5626-1 | 10/4/2023 | $938.78 | Payment | |
| 58918 | ARTEZIA | ARTEZIA | 5626-2 | 10/4/2023 | $480.00 | Payment | |
| 58919 | BROWN'S REFRIGERATION & EQUIPMENT, INC | BROWN'S REFRIGERATION & EQUIPMENT, INC | 5626-3 | 10/4/2023 | $602.42 | Payment | |
| 58920 | CAT FINANCIAL CAT CARD | CAT FINANCIAL CAT CARD | 5626-4 | 10/4/2023 | $818.65 | Payment | |
| 58921 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5626-5 | 10/4/2023 | $6,000.00 | Payment | |
| 58922 | COMMUNITY COFFEE COMPANY, LLC | COMMUNITY COFFEE COMPANY | 5626-6 | 10/4/2023 | $292.95 | Payment | |
| 58923 | DEWAYNE HARVEY | DEWAYNE HARVEY | 5626-7 | 10/4/2023 | $209.24 | Payment | |
| 58924 | FAITHFUL TRANSIT LLC | FAITHFUL TRANSIT LLC | 5626-8 | 10/4/2023 | $2,325.00 | Payment | |
| 58925 | FAS Parts & Service | FAS Parts & Service | 5626-9 | 10/4/2023 | $212.00 | Payment | |
| 58926 | FLORIDA HEALTHCARE ASSOC. | FLORIDA HEALTHCARE ASSOC. | 5626-10 | 10/4/2023 | $1,032.14 | Payment | |
| 58927 | GENTLE, VINCENT | GENTLE, VINCENT | 5626-11 | 10/4/2023 | $1,550.00 | Payment | |
| 58928 | GIBSON KOHL, P.L. | GIBSON KOHL, P.L. | 5626-12 | 10/4/2023 | $363.27 | Payment | |
| 58929 | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | 5626-13 | 10/4/2023 | $24,722.27 | Payment | |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

Page # 12

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 58930 | IPFS CORPORATION | IPFS CORPORATION | 5626-14 | 10/4/2023 | $2,569.21 | Payment | |
| 58931 | IPFS CORPORATION | IPFS CORPORATION | 5626-15 | 10/4/2023 | $30.00 | Payment | |
| 58932 | MEDLINE INDUSTRIES, INC. | MEDLINE INDUSTRIES, INC. | 5626-16 | 10/4/2023 | $3,517.92 | Payment | |
| 58933 | OMNICARE PHARMACY OF FLORIDA | OMNICARE PHARMACY OF FLORIDA | 5626-17 | 10/4/2023 | $4,000.00 | Payment | |
| 58934 | OSCEOLA SUPPLY, INC. | Osceola Supply | 5626-18 | 10/4/2023 | $2,366.19 | Payment | |
| 58935 | PANHANDLE BILLING AND CONSULT | PANHANDLE BILLING AND CONSULT | 5626-19 | 10/4/2023 | $2,000.00 | Payment | |
| 58935 | PANHANDLE BILLING AND CONSULT | PANHANDLE BILLING AND CONSULT | 863-1 | 10/4/2023 | ($2,000.00) | Payment | Reversed |
| 58936 | PYE BARKER FIRE & SAFETY LLC | PYE BARKER FIRE & SAFETY | 5626-20 | 10/4/2023 | $1,399.85 | Payment | |
| 58937 | STAPLES BUSINESS CREDIT | STAPLES BUSINESS CREDIT | 5626-21 | 10/4/2023 | $641.84 | Payment | |
| 58938 | STITCHER,RIEDEL,BLAIN & POSTLER,P.A. | STITCHER,RIEDEL,BLAIN & POSTLER,P.A. | 5626-22 | 10/4/2023 | $5,000.00 | Payment | |
| 58939 | STITCHER,RIEDEL,BLAIN & POSTLER,P.A. | STITCHER,RIEDEL,BLAIN & POSTLER,P.A. | 5626-23 | 10/4/2023 | $45,000.00 | Payment | |
| 58940 | TARGET PRINT AND MAIL, INC. | TARGET PRINT AND MAIL, INC. | 5626-24 | 10/4/2023 | $595.49 | Payment | |
| 58941 | US SMALL BUSINESS ADMINISTRATION | US SMALL BUSINESS ADMINISTRATION | 5626-25 | 10/4/2023 | $5,769.00 | Payment | |
| 58942 | W.W. GAY MECHANICAL CONTRACTOR | W.W. GAY MECHANICAL CONTRACTOR | 5626-26 | 10/4/2023 | $348.00 | Payment | |
| 58943 | MADISON'S LAWN SERVICE | MADISON'S LAWN SERVICE | 5627-1 | 10/4/2023 | $400.00 | Misc. Payment | |
| 58944 | AAMCO | AAMCO | 5627-2 | 10/4/2023 | $3,865.11 | Payment | |
| 58945 | IT Solutions of Tallahassee, LLC | IT Solutions of Tallahassee, LLC | 5628-1 | 10/4/2023 | $500.00 | Payment | |
| 58946 | ROTO-ROOTER SEWER-DRAIN SERV. | ROTO-ROOTER SEWER-DRAIN SERV. | 5628-2 | 10/4/2023 | $480.00 | Payment | |
| 58947 | PANHANDLE BILLING AND CONSULT | PANHANDLE BILLING AND CONSULT | 5628-3 | 10/4/2023 | $4,220.00 | Payment | |
| 58948 | PLUMMER VERNADINE | PLUMMER VERNADINE | 5628-4 | 10/4/2023 | $18.04 | Misc. Payment | |
| 58949 | OMNICARE PHARMACY OF FLORIDA | OMNICARE PHARMACY OF FLORIDA | 5628-5 | 10/4/2023 | $7,312.33 | Payment | |
| 58950 | BE STRONG THERAPY SERVICES | BE STRONG THERAPY SERVICES | 5629-1 | 10/4/2023 | $2,330.00 | Misc. Payment | |

Date: Nov 8, 2023
Time: 08:29:15 ET
User: rbrooks

**Miracle Hill Nursing and Rehab**
**Check Register**
**7/12/2023 - 10/12/2023**

Page # 13

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 58951 | GIBSON KOHL, P.L. | GIBSON KOHL, P.L. | 5630-1 | 10/5/2023 | $7,500.00 | Payment | |
| 58952 | MARPAN SUPPLY COMPANY INC. | MARPAN SUPPLY COMPANY INC. | 5631-1 | 10/5/2023 | $1,018.96 | Payment | |
| 58953 | 1st Choice Pest Services | 1st Choice Pest Services | 5631-2 | 10/5/2023 | $250.00 | Misc. Payment | |
| 58954 | ESTATE OF MAMIE GREEN | ESTATE OF MAMIE GREEN | 5632-1 | 10/10/2023 | $921.70 | Misc. Payment | |
| 58955 | OTIS ELEVATOR COMPANY | OTIS ELEVATOR COMPANY | 5632-2 | 10/9/2023 | $4,477.50 | Payment | |
| 58956 | PRINCIPAL LIFE INSURANCE CO | PRINCIPAL LIFE INSURANCE CO | 5632-3 | 10/9/2023 | $2,337.65 | Payment | |
| 58957 | VISTA CLINICAL DIAGNOSTICS LLC | VISTA CLINICAL DIAGNOSTICS LLC | 5632-4 | 10/9/2023 | $2,246.29 | Payment | |
| 58958 | Ascendant Commercial Insurance | Ascendant Commercial Insurance | 5635-1 | 10/9/2023 | $7,410.38 | Misc. Payment | |
| 58959 | IPFS CORPORATION | IPFS CORPORATION | 5635-2 | 10/9/2023 | $6,721.20 | Misc. Payment | |
| 58960 | CENTURY LINK | CENTURY LINK | 5638-1 | 10/11/2023 | $846.11 | Misc. Payment | |
| 58960 | CENTURY LINK | CENTURY LINK | 857-1 | 10/11/2023 | ($846.11) | Misc. Payment | Reversed |
| 58961 | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | INNOVATIVE HEALTH CARE MANAGEMENT SVCS. | 5638-2 | 10/11/2023 | $19,069.72 | Payment | |
| 58962 | INNOVATIVE HEALTH CARE PROPERTIES, INC. | INNOVATIVE HEALTH CARE PROPERTIES, INC. | 5638-3 | 10/11/2023 | $1,335.00 | Payment | |
| 58963 | IT Solutions of Tallahassee, LLC | IT Solutions of Tallahassee, LLC | 5638-4 | 10/11/2023 | $3,735.59 | Payment | |
| 58964 | CITY OF TALLAHASSEE | CITY OF TALLAHASSEE | 5639-1 | 10/11/2023 | $4,000.00 | Payment | |

**Summary**

| | | |
|---|---|---|
| **194 check(s) issued** | **$652,895.04** | |
| **0 check(s) voided** | **$0.00** | |
| **5 check(s) reversed** | **($34,561.11)** | |
| **73 direct payment(s) issued** | **$276,952.34** | |

Debtor    **Miracle Hill Nursing and Rehabilitation Center, Inc.**                    Case number *(if known)*    **23-40398**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Johnnie Mae Harris by and through Cassandra Faye Walker-Gonzalez v Miracle Hill Nursing and Rehabilitation Center, Inc.**<br>**Case No. 2022-CA-1550** | | **Leon County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Miracle Hill Nursing and Rehabilitation Center, Inc. vs Dr. Willie Willians and Florida State Primitive Baptist Convention, Inc.**<br>**Case No. 2022-C-1694** | | **Leon County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    **Miracle Hill Nursing and Rehabilitation Center, Inc.**    Case number *(if known)*    **23-40398**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stichter, Riedel, Blain & Postler, P.A.** **110 E. Madison St., Suite 200** **Tampa, FL 33602** | **Attorney Fees** | **October 10, 2023** | **$50,000.00** |
| | Email or website address **sstichter@srbp.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Gibson Kohl, PL** **1800 2nd St.** **Sarasota, FL 34236** | | | **$7,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **Miracle Hill Nursing and Rehabilitation Center, Inc.**                    Case number *(if known)*   **23-40398**

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Miracle Hill Nursing and Re 1329 Abraham St. Tallahassee, FL 32304** | **Nursing facility** | **93** |
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* **Debtor's location** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |

<div style="border-top:2px solid black"></div>

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Patients social security numbers, account numbers, medical history, DOB, etc.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **Miracle Hill Nursing and Rehabilitation Center, Inc.**          Case number *(if known)*  **23-40398**

---

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Patients | | Cash in bank accounts and petty cash | $96,213.92 |

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor    **Miracle Hill Nursing and Rehabilitation Center, Inc.**    Case number *(if known)*    **23-40398**

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Spencer Ingram, CPA**<br>**118 Salem Ct.**<br>**Tallahassee, FL 32301** | **2014 - 2022** |
| 26a.2.  **Aidia Kirksey, Controller**<br>**P.O. Box 907**<br>**Tallahassee, FL 32301** | **2012 - 2022** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **MSL CPA's on Advisors**<br>**255 S. Orange Ave., #600**<br>**Orlando, FL 32801** | |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **In House Personnel** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **Miracle Hill Nursing and Rehabilitation Center, Inc.**    Case number *(if known)*   **23-40398**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Elder Chris A. Burney | 1329 Abraham St. Tallahassee, FL 32304 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elder Michael T. Israel | 1329 Abraham St. Tallahassee, FL 32304 | Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elder Ernest Williams | 1329 Abraham St. Tallahassee, FL 32304 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Elder Terry Price | 1329 Abraham St. Tallahassee, FL 32304 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Elder James H. Chester | 1329 Abraham St. Tallahassee, FL 32304 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elder Rodney Osborne | 1329 Abraham St. Tallahassee, FL 32304 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elder Frederick Smith | 1329 Abraham St. Tallahassee, FL 32304 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elder Alvin Ford | 1329 Abraham St. Tallahassee, FL 32304 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

Debtor    **Miracle Hill Nursing and Rehabilitation Center, Inc.**                          Case number *(if known)*  **23-40398**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **9**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Miracle Hill Nursing and Rehabilitation Center, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION |
| Case number (if known) | **23-40398** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. *

Executed on    11/10/2023

_____
Signature of individual signing on behalf of the debtor

**Dr. DeWayne K. Harvey**
Printed name

Position or relationship to debtor    **Facilities Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

*The responses to the Schedules and Statement of Financial Affairs are true and accurate to the best of my knowledge and belief. There are significant issues with the manner in which the prior administration maintained the Debtor's books and records. The current administration is working to address the issues but needs to rely on the historical records in order to complete these Schedules and Statement of Financial Affairs.