**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **MIRACLE HILL NURSING AND** | § | **Case No. 23-40398-KKS** |
| **REHABILITATION CENTER, INC.,** | § | |
| | § | |
| **DEBTOR.** | § | |

**DEBTOR'S STIPULATION OF MIRACLE HILL NURSING AND REHABILITATION CENTER, INC. AND KEYBANK NATIONAL ASSOCIATION REGARDING LOAN OBLIGATIONS**

Pursuant to the terms of the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c)(2), and 507 (I) Authorizing Miracle Hill Nursing and Rehabilitation Center, Inc. to Use Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, and (III) Granting Related Relief* (the "Interim Cash Collateral Order") [Doc. 68], Miracle Hill Nursing and Rehabilitation Center, Inc. (the "Debtor") and KeyBank (defined herein), hereby agree and stipulate as follows:

1.      As of October 12, 2023 (the "Petition Date"), the date upon which the Debtor filed a voluntary petition for relief initiating the above-captioned case (the "Chapter 11 Case"), Debtor, as borrower, was justly and lawfully indebted and liable to KeyBank National Association, as successor by merger to KeyCorp Real Estate Capital Markets, Inc. ("KeyBank")  under the terms of a Note dated as of November 28, 2006, and as amended from time to time (collectively, the "Note"), which Note evidences a mortgage loan made to Debtor on or about November 28, 2006, without defense, challenge, objection, claim, counterclaim or offset of any kind.

2.      As of the Petition Date, the outstanding principal balance on the Note was $4,159,035.22, exclusive of accrued and unpaid interest, escrows, reserves, prepayment premium, and fees, costs and expenses (including any attorneys', accountants', appraisers' and financial advisors' fees and expenses, in each case, that are chargeable or reimbursable under the Note and related Loan Documents (defined herein)) (collectively, the "Loan Obligations").   Keybank expressly reserves all rights to seek allowance and payment of any such accrued and unpaid interest, escrows, reserves, prepayment premiums, and fees, costs, and expenses (including any attorneys', accountants', appraisers' and financial advisors' fees and expenses, in each case, that are chargeable or reimbursable under the Note and related Loan Documents).

3.      As of the Petition Date the Debtor was in arrears in its obligations under the Note in the amount of $48,714.65 (the "Arrears"), with such amount representing one months' loan payment together with applicable late charges.

4.      No portion of the Loan Obligations outstanding under the Note or any payments made to KeyBank or applied to or paid on account of the Loan Obligations prior to the Petition Date are subject to avoidance, recharacterization, subordination (whether equitable, contractual or otherwise), recovery, attack, recoupment, rejection, reduction, setoff, disallowance, impairment, counterclaim, cross-claim, defense or claim under the Bankruptcy Code or applicable non-bankruptcy law, subject to the  Debtor and KeyBank filing their Joint Stipulation as to the outstanding balance of the Loan.

5.      No claims or causes of action exist against KeyBank or HUD under the Note,

Mortgage, the Security Agreement, the Loan Documents or any other documents executed in

connection therewith or otherwise under applicable law.

**Stipulated and agreed:**

> /s/  Scott A. Stichter
> STICHTER REIDEL BLAIN & POSTLER, P.A.
> Scott A. Stichter
> State Bar No. 0710679
> 110 E. Madison Street, Suite 200
> Tampa, Florida 33602
> (813) 229-0144 (Telephone)
> Email: sstichter@srbp.com
> *Counsel for Debtor*

> /s/  Kari B. Coniglio*
> VORYS, SATER, SEYMOUR AND PEASE LLP
> Kari B. Coniglio (pro hac vice pending)
> 200 Public Square, Suite 1400
> Cleveland, Ohio 44114
> (216) 479-6167 (Telephone)
> Email: kbconiglio@vorys.com
> *Counsel to KeyBank National Association*

> /s/    Eric Pendergraft*
> Eric Pendergraft
> Florida Bar No. 91927
> SHRAIBERG PAGE P.A.
> 2385 NW Executive Center Drive, Suite 300
> Boca Raton, Florida 33431
> Telephone: 561-443-0800
> Facsimile: 561-998-0047
> Email: ependergraft@slp.law
>
> *Counsel to KeyBank National Association*

*Pursuant to Local Rule 9011-4(d) regarding signatures, Scott A. Stichter attests that concurrence in the filing of this paper has been obtained.*

4873-4800-2449, v. 1