**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| MIRACLE HILL NURSING AND | § | Case No. 23-40398-KKS |
| REHABILITATION CENTER, INC., | § | |
| | § | |
| DEBTOR. | § | |

**STIPULATION OF FACTS FOR NOVEMBER 29, 2023, FINAL HEARING ON (I) DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL [DOC. 23]; AND (II) MOTION FOR AUTHORITY TO MAINTAIN PREPETITION BANK ACCOUNTS [DOC. 32]**

Miracle Hill Nursing and Rehabilitation Center, Inc. (the "Debtor"), KeyBank National Association, as successor by merger to KeyCorp Real Estate Capital Markets, Inc. ("KeyBank"), 1329 Abraham Street Holdings, LLC ("1329 Abraham"), the United States Department of Housing and Urban Development ("HUD"), and the United States Small Business Administration (the "SBA") hereby stipulate and agree to the following for the final hearing scheduled for November 29, 2023 at 1:30 p.m. on the Debtor's (I) Emergency Motion for Authority to Use Cash Collateral (the "Cash Collateral Motion") [Doc. 23]; and (II) Motion for Authority to Maintain Prepetition Bank Accounts (the "Bank Account Motion") [Doc. 32]:

1. The Debtor, KeyBank, 1329 Abraham, HUD, and the SBA (collectively, the "Parties") each hereby stipulate and agree that each of the following documents are true and accurate copies of the original versions of such documents, maintained in the ordinary course of the Debtor's business:

   a. Mortgage Note, dated as of November 28, 2006, together with the Allonge thereto (the "KeyBank Note"), made payable by Debtor to KeyBank in the original principal amount of $5,807,700.00, a copy of which is attached hereto as **Exhibit A**.

b. Modification of Mortgage Note dated as of August 1, 2015, together with the Rider thereto (the "First KeyBank Note Modification"), a copy of which is attached hereto as **Exhibit B**.

c. Second Modification of Mortgage Note dated as of June 1, 2020, together with the Rider thereto (the "Second KeyBank Note Modification"), a copy of which is attached hereto as **Exhibit C**.

d. Mortgage, dated as of November 28, 2006 (the "KeyBank Mortgage"), executed by the Debtor in favor of KeyBank, a copy of which is attached hereto as **Exhibit D**.

e. Security Agreement, dated as of November 28, 2006 (the "KeyBank Security Agreement"), executed by the Debtor in favor of KeyBank, a copy of which is attached hereto as **Exhibit E**.

f. Regulatory Agreement for Multifamily Projects dated as of November 28, 2006 (the "HUD Regulatory Agreement" and together with the KeyBank Note, the First KeyBank Note Modification, the Second KeyBank Note Modification, the KeyBank Mortgage, and the KeyBank Security Agreement, the "KeyBank Loan Documents"), a copy of which is attached as **Exhibit F**.

g. Note, dated May 28, 2020 (the "SBA Note"), executed by the Debtor in favor of the SBA in the original principal amount of $150,000, a copy of which is attached hereto as **Exhibit G**.

h. Security Agreement, dated as of May 28, 2020 (the "SBA Security Agreement" and together with the SBA Note, the "SBA Loan Documents"), a copy of which is attached hereto as **Exhibit H**.

i. Promissory Note, dated as of July 20, 2022 (the "1329 Note"), executed by the Debtor in favor of 1329 Abraham, a copy of which is attached hereto as **Exhibit I**.

j. Guaranty and Membership Interest Pledge Agreement of 100% of the Debtor's membership interests, dated July 20, 2022 (the "1329 Guaranty"), executed by Florida State Primitive Baptist Convention, Inc., a copy of which is attached hereto as **Exhibit I-1**.

k. Real Estate Mortgage Security Agreement and Assignment of Leases and Fixture Filing, dated as of July 20, 2022 (the "1329 Mortgage" and together with the 1329 Note and the 1329 Guaranty, the "1329 Loan Documents" and together with the KeyBank Loan Documents and the SBA Loan Documents, the "Loan Documents"), a copy of which is attached hereto as **Exhibit J**.

2. The Parties each hereby stipulate and agree that the UCC Financing Statements filed with the Florida Secretary of State, copies of which are attached hereto as **Exhibit K** (the

-2-

"UCC Financing Statements"), are true and accurate copies of the original versions of such documents, maintained as public records with the Florida Secretary of State.

3. The Debtor formerly operated under the name "Miracle Hill Nursing and Convalescent Center, Inc." and now operates under the name "Miracle Hill Nursing and Rehabilitation Center, Inc."

4. Based upon the time of recording of mortgages against the real property, the Parties hereby stipulate and agree that:

   a. KeyBank holds a first priority lien and security interest in the Debtor's real estate, and a first-priority lien and interest in the Debtor's rents (if any).

   b. 1329 Abraham holds a second priority lien and security interest in the Debtor's real estate, and a second priority lien and interest in the Debtor's rents (if any).

   c. KeyBank holds a first priority lien and security interest in the Debtor's real property, and a first-priority lien and interest in the Debtor's rents (if any).

   d. 1329 Abraham holds a second priority lien and security interest in the Debtor's real property, and a second priority lien and interest in the Debtor's rents (if any).

5. Based upon the time of filing of financing statements with the Florida Secretary of State, the Parties hereby stipulate and agree that, subject only to the purchase-money security interest held in certain identified collateral by Caterpillar Financial Services:

   a. KeyBank holds a first priority lien and security interest in the Debtor's tangible and intangible personal property, including but not limited to cash, cash deposits, and receivables, as particularly set forth in its UCC Financing Statement.

   b. Synovus Bank holds a second priority lien and security interest in the Debtor's accounts, note receivables, cash deposits, and cash proceeds, as particularly set forth in its UCC Financing Statement.

   c. The SBA holds a second priority lien and security interest in all of the Debtor's tangible and intangible personal property, and third priority lien and security interest in the Debtor's accounts, notes, deposits, and proceeds, as particularly set forth in its UCC Financing Statement.

d. 1329 Abraham holds a third priority lien and security interest in all of the Debtor's tangible and intangible personal property and a fourth priority lien and security interest in the Debtor's accounts, deposits, and proceeds, as particularly set forth in its UCC Financing Statement and the 1329 Mortgage.

6. The Parties hereby stipulate and agree that each of the Loan Documents and the UCC Financing Statements is authentic for purposes of Rule 901 of the Federal Rules of Evidence.

7. The Parties hereby stipulate and agree that each of the Loan Documents and the UCC Financing Statements is a business record under Rule 803(6) of the Federal Rules of Evidence.

8. The Parties hereby stipulate and agree that this Court may take judicial notice of the UCC Financing Statements and the information contained therein.

9. Notwithstanding the foregoing stipulations, the Debtor and HUD dispute that the 1329 Loan Documents were executed with proper authority and the Debtor and HUD reserve all rights to challenge the grant of an interest in favor of 1329 Abraham in an appropriate action, with all defenses thereto reserved for 1329 Abraham.

**Stipulated and Agreed**

*/s/ Scott A. Stichter*
STICHTER REIDEL BLAIN & POSTLER, P.A.
Scott A. Stichter
State Bar No. 0710679
110 E. Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144 (Telephone)
Email: sstichter@srbp.com
*Counsel for Debtor*

*/s/ Kari B. Coniglio*
VORYS, SATER, SEYMOUR AND PEASE LLP
Kari B. Coniglio (Admitted Pro Hac Vice)
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6167 (Telephone)

Email: kbconiglio@vorys.com
*Counsel to KeyBank National Association*


/s/ *Katherine C. Kerwin*
Katherine C. Kerwin
Assistant United States Attorney
Michigan Bar No. P73070
111 N. Adams Street, 4th Floor
Direct: (850) 216-3807
Tallahassee, FL 32301

*Counsel for United States Department of Housing and Urban Development and Small Business Administration*


/s/ *Eric Pendergraft*
Eric Pendergraft
Florida Bar No. 91927
SHRAIBERG PAGE P.A.
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: ependergraft@slp.law

*Counsel to KeyBank National Association*


/s/ *Alexis S. Read*
READ LAW PLLC
Alexis S. Read, Esq.
Fla. Bar No. 98084
25 SE 2nd Ave, Ste 828
Miami, FL 33131

*Counsel to 1329 Abraham Street Holdings LLC*

## CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that on November 22, 2023, a true and correct copy of the foregoing *KeyBank National Association's Witness and Exhibit List for November 29, 2023, Final Hearing on (I) Debtor's Emergency Motion for Authority to Use Cash Collateral [Doc. 23]; and (II) Motion for Authority to Maintain Prepetition Bank Accounts [Doc. 32]* was filed and served electronically via the Court's CM/ECF System upon those who are registered to receive electronic notice, which include the persons below:

      /s/  *Eric Pendergraft*
      Eric Pendergraft

Jodi Daniel Dubose on behalf of Debtor Miracle Hill Nursing and Rehabilitation Center, Inc.
jdubose@srbp.com, jdubose.ecf@srbp.com

Jodi Daniel Dubose on behalf of Defendant Miracle Hill Nursing and Rehabilitation Center, Inc.
jdubose@srbp.com, jdubose.ecf@srbp.com

Conor McLaughlin on behalf of U.S. Trustee United States Trustee
conor.mclaughlin@usdoj.gov

Eric Scott Pendergraft on behalf of Creditor KeyBank, National Association
ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;pmouton@slp.law

Alexis Sophia Read on behalf of Creditor 1329 Abraham Street Holdings LLC
asr@alexisreadlaw.com

Alexis Sophia Read on behalf of Plaintiff 1329 Abraham Street Holdings, LLC
asr@alexisreadlaw.com

Scott A. Stichter on behalf of Debtor Miracle Hill Nursing and Rehabilitation Center, Inc.
sstichter.ecf@srbp.com

Scott A. Stichter on behalf of Defendant Miracle Hill Nursing and Rehabilitation Center, Inc.
sstichter.ecf@srbp.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov