UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                                          Chapter 11

MIRACLE HILL NURSING AND                  Case No. 23-40398-KKS
REHABILITATION CENTER, INC.,

     Debtor.
_____/

## DEBTOR'S RESPONSE TO NOTICE OF
## 2004 EXAMINATION *DUCES TECUM*
## FILED BY 1329 ABRAHAM STREET HOLDINGS, LLC

MIRACLE HILL NURSING AND REHABILITATION CENTER, INC., as debtor and debtor in possession (the "**Debtor**"), hereby files this Response to the Notice of Rule 2004 Examination *Duces Tecum* of Debtor (Production of Documents Only) filed by the Secured Creditor, 1329 Abraham Street Holdings, LLC, and, in response to each numbered paragraph thereof, states, as follows:

### DOCUMENT REQUESTS

1. All documents concerning any contracts, agreements, and/or understanding between You and the Convention which are related to, or which mentions or alludes to the Property.

*Response*: No responsive documents have been located.

2. All documents showing all of Your board members, members, managers, shareholders, chairmen, officers, directors, and authorized representatives

at all times, from January 1, 2019 through the date of Your response to this Request.

***Response***:  Documents responsive to this Request have been produced.

3.     All documents showing all the Convention's board members, members, managers, shareholders, chairmen, officers, directors, and authorized representatives at all times, from January 1, 2019 through the date of Your response to this Request.

***Response***:  Pursuant to agreement of the parties, no documents are required to be produced in response to this Request.

4.     Copies of all mortgages and/or loan statements, payoff statements, account statements or statements of account, and/or account ledgers for any senior or first mortgage lien in or against the Property (including, without limitation, KeyBank or HUD), from January 1, 2022 through the date of Your response to this Request.

***Response***:  The Debtor has produced loan documents for any senior or first mortgage lien.  The Debtor does not have any account statements.

5.     All documents establishing or evidencing all sums due and owing by You to any secured lender or creditor as of the Petition Date.

***Response***:  The Debtor has produced all loan documents.  The Debtor does not have any account statements.

6.     All documents reflecting or evidencing all leases, rents, revenues, royalties, receivables, issues, profits, and income relating to, generated or derived

from the Property from January 1, 2022 through the date of Your response to this Request.

> *Response*: Pursuant to agreement of the parties, documents required to respond to this request have been limited. The Debtor has produced copies of the trial balance general ledger for the period from July 1, 2021 through June 30, 2023.

7. Copies of all leases and/or occupancy contracts or agreements for the Property from January 1, 2022 through the date of Your response to this Request.

> *Response*: Pursuant to agreement of the parties, documents required to respond to this request have been limited. The Debtor has produced copies of the trial balance general ledger for the period from July 1, 2021 through June 30, 2023.

8. Copies of Your profit & loss statements and financial statement for the 2019, 2020, 2021, 2022, and 2023 (year to date) tax years.

> *Response*: The Debtor has produced audited financial statements for 2020 and 2021 and unaudited financial statements for 2022 and 2023, and copies of profit & loss statements and financial statements for the period from July 1, 2021 through June 30, 2023.

9. All financial statements (audited or unaudited) prepared by Your on Your on behalf for any lender, creditor, or third party, from January 1, 2022 through the date of Your response to this Request.

> *Response*: The Debtor has produced audited financial statements for 2020 and 2021 and unaudited financial statements for 2022 and 2023 and copies of profit & loss statements and financial statements for the period from July 1, 2021 through June 30, 2023.

4877-1573-4418, v. 2

10. Signed copies of all Your local, state, and federal tax returns for the 2019, 2020, 2021, and 2022 tax years, including all supporting schedules and documentation, including all K-1s, W-2s, 1099 and 1098 forms, and W-4 tax withholding forms.

*Response*: The Debtor filed its 2020 and 2021 tax returns and the 2021 tax return has been produced. The Debtor is attempting to obtain a copy of the 2020 tax return and will produce the 2020 tax return when it obtains a copy. The Debtor will produce remaining tax returns when such returns are filed.

11. Signed copies of Your payroll tax returns filed for the 2019, 2020, 2021, and 2022 tax years, including all supporting schedules and documentation.

*Response*: The Debtor has requested copies of payroll tax returns from its prior accountants and will produce any responsive documents upon receipt.

12. Copies of all organization or entity structure charts for Miracle Hill.

*Response*: There are no responsive documents.

13. Copies of all organization or entity structure charts for Convention.

*Response*: Pursuant to agreement of the parties, no document are required to be produced in response to this Request.

14. All board and/or member meeting minutes of the Debtor, from January 1, 2022 to the Petition Date.

*Response*: All responsive documents in the Debtor's possession have been produced.

15.     Copies of all Your governing documents (including, without limitation, articles of incorporation, articles of organization, constitutions, by-laws, shareholder agreements, partnership agreements, operating agreements, certificates, and all amendments thereto), from January 1, 2013 through the date of Your response to this Request.

*Response*:  All responsive documents in the Debtor's possession have been produced.

16.     Copies of the Convention's governing documents (including, without limitation, articles of incorporation, articles of organization, constitutions, by-laws, shareholder agreements, partnership agreements, operating agreements, certificates, and all amendments thereto), from January 1, 2013 through the date of Your response to this Request.

*Response*:  Pursuant to agreement of the parties, no documents are required to be produced in response to this Request.

17.     Copies of all appraisals, valuations, broker price opinions, broker opinions of value, and/or desktop valuations of or for the Property.

*Response*:  The Debtor does not have any responsive documents.

18.     Copies of all bank statements (periodic or monthly) for all Synovus Bank accounts titled in Your name (jointly or individually) or in which You have

signatory authority in any capacity, for the period of January 1, 2022 through the date of Your response to this Request.

> ***Response***:  All bank statements in the Debtor's possession have been produced.

19.  Copies of all support for all deposits, withdraws, and transfer (including, without limitation, ledger accounts, memoranda, canceled checks [front and back], wire transfers [incoming and outgoing], debit or credit advices or memos, deposit slips, withdraw slips, and any other related records) for all bank accounts in Request No. 18 *supra*, for the period of January 1, 2022 through the date of Your response to this Request.

> ***Response***:  The Debtor has produced copies of the trial balance general ledger for the period from July 1, 2021 through June 30, 2023.

20.  Copies of all bank statements (periodic or monthly) for all accounts (open or closed), including all virtual bank or merchant accounts (such as PayPal), in any and all financial institutions (anywhere in the world), that are in the name or joint name of any Affiliate, or in which any Affiliate has signature authority, for the period of January 1, 2022 through the date of Your response to this Request.

> ***Response***:  No responsive documents exist.

21.  Copies of all support for all deposits, withdraws, and transfer (including, without limitation, ledger accounts, memoranda, canceled checks [front

and back], wire transfers [incoming and outgoing], debit or credit advices or memos, deposit slips, withdraw slips, and any other related records) for all bank accounts in Request No. 20 *supra*, for the period of January 1, 2022 through the date of Your response to this Request.

> ***Response***:  The Debtor has produced copies of the trial balance general ledger for the period from July 1, 2021 through June 30, 2023.

22. Copies of any and all credit card statements for all cards in the Debtor's name or on which the Debtor is an unauthorized or joint user, from January 1, 2022 through and including Petition Date.

> ***Response***:  All responsive documents in the Debtor's possession have been produced.

23. All documentation and information relating to or concerning any loans, contributions, gifts, distributions, or other transfers (including monetary and tangible or intangible property) over $1,000. In the aggregate made by the Debtor to any principal, shareholder, officer, director, manager, partner, owner, affiliate, insider, subsidiary, or parent company of the Debtor, from January 1, 2022 through and including Petition Date.

> ***Response***:  The Debtor has produced copies of the trial balance general ledger for the period from July 1, 2021 through June 30, 2023.

24. All documentation and information related to or concerning any and all transfers of money, property (tangible or intangible), contributions, loans,

4877-1573-4418, v. 2

investments, gifts, cash withdrawals, or payments over $1,000.00 in the aggregate made by the Debtor to any person or entity *outside of the ordinary course of business* (including, without limitation, any shareholder, principal, officer, director, owner, manager, partner, employee, affiliate, insider, subsidiary, parent company, contractor or agent of the Debtor), from January 1, 2022 through and including Petition Date.

> ***Response***:  The Debtor has produced copies of the trial balance general ledger for the period from July 1, 2021 through June 30, 2023.

25. Provide a detailed list of expenses paid by the Debtor on behalf of its principals, directors, officers, shareholders, managers, affiliates, insiders, owners, or agents (including their spouses and significant others) within the four (4) year period immediately preceding the Petition Date, including, but not limited to, rental payments, lease payments, mortgage payments, and credit card payments.

> ***Response***:  The Debtor is not aware of the payment of any such expenses prior to December of 2022

26. All documents reflecting or evidencing Your use, transfer, or disposition of all or any part of the proceeds from the Loan, from July 1, 202 through the date of Your response to this Request.

> ***Response***:  The Debtor has produced copies of the trial balance general ledger for the period from July 1, 2021 through June 30, 2023.  The Debtor has also produced bank statements.

27. All documents that reflet, relate, or refer to funds or assets transferred from the Debtor to the Convention, from October 1, 2019 through the Petition Date.

*Response*:  The Debtor has produced copies of the trial balance general ledger for the period from July 1, 2021 through June 30, 2023.

28. All documents, including applications, submitted to any bank, financial institution, or any other person or entity, by the Debtor, for any factoring, loan, financing, or advance, in any capacity (borrower, guarantor, or surety), from January 1, 2022 to the Petition Date.

*Response*:  No responsive documents exist.

29. All applications for advances, credit, or financing made by the Debtor for the benefit of or on behalf of the Debtor or the Debtor's principals, shareholders, directors, officers, managers, affiliates, insiders, owners, or agents, from January 1, 2022 to the Petition Date.

*Response*:  No responsive documents exist.

30. All applications for advances, credit, or financing (interim or permanent) made by any third-party entity for the benefits of or on behalf of the Debtor, from January 1, 2022 to the Petition Date.

*Response*:  No responsive documents exist.

31. All documents related to, or which mentions or alludes to any partnership, joint venture, subsidiary, parent company, or other ongoing business

relationship (including, without limitation, operating agreements, limited liability agreements, shareholder or partnership agreements ) in which the Debtor has or had an interest, from January 1, 2022 to the Petition Date.

*Response*:  No responsive documents exist.

32. All documents which are related to, or which mentions or alludes to the marketing, listing, sale, disposition, or financing of the Property, from January 1, 2022 through the date of Your response to this Request.

*Response*:  No responsive documents exist.

       */s/ Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
Stichter Riedel Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Email: sstichter@srbp.com
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtor's Response to Notice of 2004 Examination Duces Tecum Filed by 1329 Abraham*

*Street Holdings, LLC* has been furnished on this 25th day of March, 2024, by electronic mail to:

Alexis Sophia Read on behalf of Creditor 1329 Abraham Street Holdings LLC
asr@alexisreadlaw.com

                                              */s/ Scott A. Stichter*
                                          Scott A. Stichter (FBN 0710679)

4877-1573-4418, v. 2