UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                                        Chapter 11

MIRACLE HILL NURSING AND                  Case No. 23-40398-KKS
REHABILITATION CENTER, INC.,

    Debtor.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO COMPEL TURNOVER OF CORPORATE BOOKS AND RECORDS FROM WILLIE J. WILLIAMS (DOC. NO. 218)

THIS CASE is before the Court upon the *Unopposed Motion to Continue Hearing on Motion to Compel Turnover of Corporate Books and Records from Willie J. Williams* (Doc. No. 218) (the "**Motion**"). The Court, having considered the Motion and the record, it is

**ORDERED**:

1. The Motion is GRANTED.

2. The hearing on the Motion to Compel Turnover of Corporate Books and Records From Willie J. Williams, as amended, set for April 10, 2024, is continued for approximately thirty (30) and shall be rescheduled by separate notice.

DONE AND ORDERED on April 9, 2024.

                                      Karen K. Specie
                                      U.S. Bankruptcy Judge

Attorney Scott A. Stichter is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) business days of entry of this Order.

Prepared by: Scott A. Stichter, Esq.