UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

MIRACLE HILL NURSING AND  CASE NO.: 23-40398-KKS
REHABILITATION CENTER, INC.  Chapter 11

　　　　Debtor.
_____

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DR. WILLIE J. WILLIAMS AND FLORIDA STATE PRIMITIVE BAPTIST CONVENTION, INC.

COMES NOW McGlinchey Stafford, PLLC ("McGlinchey"), by and through undersigned attorney Kimberly Held Israel, and respectfully moves for the entry of an Order authorizing McGlinchey to withdraw as counsel of record for FLORIDA STATE PRIMITIVE BAPTIST CONVENTION, INC. (the "Convention") and DR. WILLIE J. WILLIAMS ("Dr. Williams"), in this bankruptcy case, and in support states as follows:

1. On November 15, 2023, Adina Pollan, then an attorney at McGlinchey, entered an appearance in this bankruptcy case on behalf of the Convention and Dr. Williams.

2. Ms. Pollan has recently left the employment of McGlinchey to take a position in-house with a local company and is therefore no longer able to serve as counsel for the Convention and Dr. Williams in this case. McGlinchey does not have any attorneys who are in a position to appear in this case in place of Ms. Pollan.

3. As such, McGlinchey respectfully requests that it be permitted to withdraw as counsel for the Convention and Dr. Williams and correspondingly requests that any upcoming deadlines and/or proceedings be stayed for a period of 30 days to enable the Convention and Dr. Williams sufficient time to retain replacement counsel.

4. Ms. Pollan notified the Convention and Dr. Williams of her departure from McGlinchey and has communicated with the Convention and Dr. Williams regarding suitable replacement counsel, but to date, no new counsel has yet appeared for the Convention and Dr. Williams. The Convention and Dr. Williams have been copied on this Motion.

5. This Motion is filed in good faith and is not made for the purposes of delay; nor will the relief sought herein prejudice any party.

WHEREFORE, McGlinchey Stafford respectfully requests that the Court enter an order authorizing it to withdraw as counsel of record for FLORIDA STATE PRIMITIVE BAPTIST CONVENTION, INC. and DR. WILLIE J. WILLIAMS; grant a brief stay of the proceedings for a period of thirty days to allow new counsel to appear for these interested parties; and for such further relief as the Court deems just and proper.

**McGLINCHEY STAFFORD**

/s/ *Kimberly Held Israel*
Kimberly Held Israel, Esq.
Florida Bar #47287
10407 Centurion Parkway N., Suite 200
Jacksonville, Florida 32256
(904) 224-4449 (Telephone)
(904) 485-8083 (Facsimile)
kisrael@mcglinchey.com
cgipson@mcglinchey.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Leave to Withdraw as Counsel for Dr. Willie J. Williams and Florida State Primitive Baptist Convention, Inc., has been furnished, this **15th** day of **July, 2024**, to:

**VIA CM/ECF**

**Scott Stichter, Esq.**

**Jodi Daniel Dubose, Esq.**
sstichter@srbp.com
jdubose@srbp.com
*Counsel for Debtor*

**Conor McLaughlin, Esq.**
conor.mclaughlin@usdoj.gov
*Counsel for U.S. Trustee*

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

<u>**VIA U.S. MAIL AND E-MAIL**</u>

Florida State Primitive Baptist Convention, Inc. and
Dr. Willie J. Williams
P.O. Box 3608
Apollo Beach, Florida 33572
drwjw55@yahoo.com

and by U.S. Mail to all parties-in-interest on the attached mailing matrix.

*/s/ Kimberly Held Israel*
Attorney

**Jodi Daniel Dubose, Esq.**
sstichter@srbp.com
jdubose@srbp.com
*Counsel for Debtor*

**Conor McLaughlin, Esq.**
conor.mclaughlin@usdoj.gov
*Counsel for U.S. Trustee*

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

**VIA U.S. MAIL AND E-MAIL**

Florida State Primitive Baptist Convention, Inc. and
Dr. Willie J. Williams
P.O. Box 3608
Apollo Beach, Florida 33572
drwjw55@yahoo.com

and by U.S. Mail to all parties-in-interest on the attached mailing matrix.

*/s/ Kimberly Held Israel*
Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 23-40398-KKS<br>Northern District of Florida<br>Tallahassee<br>Mon Jul 15 08:43:06 EDT 2024 | 1329 Abraham Street Holdings LLC<br>c/o Alexis S. Read<br>25 SE 2nd Ave<br>Ste 828<br>Miami, FL 33131-1671 | American Express National Bank c/o Zwicker &<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-0943 |
| Carr, Riggs & Ingram, LLC<br>1601 2nd Avenue East<br>Oneonta, AL 35121-2703 | Caterpillar Financial Services Corporation<br>c/o Blake J. Delaney, Esq.<br>401 E. Jackson St.<br>Suite 2400<br>Tampa, FL 33602-5236 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida State Primitive Baptist Convention,<br>McGlinchey Stafford, PLLC<br>10407 Centurion Parkway N.<br>Suite 200<br>Jacksonville, FL 32256-0544 | Gibson Kohl, P.L.<br>1800 2nd Street, Suite 777<br>Sarasota, FL 34236-5994 |
| KeyBank, National Association<br>c/o Eric Pendergraft, Esq.<br>Shraiberg Page, P.A.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Shaun Laurie<br>c/o Bruner Wright, P.A.<br>2810 Remington Green Circle<br>Tallahassee, FL 32308-8708 | Miracle Hill Nursing and Rehabilitation Cent<br>1329 Abraham St.<br>Tallahassee, FL 32304-1907 |
| Premier Healthcare Staffing Solutions, LLC<br>Fox Rothschild LLP<br>777 S. Flagler Drive, Suite 1700<br>West Palm Beach, FL 33401-6159 | Stichter, Riedel, Blain  Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Synovus Bank c/o Burke Moore Law Group, LLP<br>Burke Moore Law Group, LLP<br>235 Peachtree Street NE<br>Suite 1900<br>Atlanta, GA 30303-1417 |
| (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 | U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE<br>Ste. 900<br>Atlanta, GA 30326-1382 | United States Department of Housing and Urba<br>111 North Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 |
| United States Small Business Administration<br>111 North Adams St.<br>4th Floor<br>Tallahassee, FL 32301-7730 | Willie J. Williams<br>McGlinchey Stafford, PLLC<br>10407 Centurion Parkway N.<br>200<br>Jacksonville, FL 32256-0544 | *1329 Abraham Street Holdings LLC<br>c/o Alexis S. Read, Esq.<br>Read Law PLLC<br>25 SE 2nd Ave, Ste 828<br>Miami, FL 33131-1671 |
| *Accident Fund Insurance Company<br>P.O. Box 734928<br>Chicago, IL 60673-4928 | *Agency For Health Care Administration<br>2727 Mahan Drive, MS #14,<br>Building 2 Suite 200<br>Tallahassee, FL 32308-5407 | *Agency For Health Care Administration<br>2727 Mahan Drive, Mail Stop 3<br>Building 2 Suite 200<br>Tallahassee, FL 32308-5407 |
| *Caterpillar Financial Services Corporation<br>c/o Blake J. Delaney, Esq.<br>Buchanan Ingersoll & Rooney PC<br>401 E. Jackson St., Suite 2400<br>Tampa, FL 33602-5236 | *Conor McLaughlin<br>United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | *Dr. Willie J. Williams<br>c/o Adina L. Pollan Esq.<br>McGlinchey Stafford<br>10407 Centurion Parkway N., Suite 200<br>Jacksonville, FL 32256-0544 |
| *Florida Agency for Health Care Admin.<br>2727 Mahan Dr.<br>Tallahassee, FL 32308-5407 | *Florida State Primitive Baptist Convention,<br>c/o Adina L. Pollan Esq.<br>McGlinchey Stafford<br>10407 Centurion Parkway N., Suite 200<br>Jacksonville, FL 32256-0544 | *Florida State Primitive Baptist Convention,<br>c/o Chantel Wonder, Esq.<br>McGlinchey Stafford<br>101 NE 3rd Avenue, Suite 1810<br>Fort Lauderdale, FL 33301-1279 |

*Gaines, Roland
7093 Ed Wilson Lane
Tallahassee, FL 32312-6822

*Hallmark Specialty Insurance
5420 Lyndon B Johnson Freeway, Suite 110
Dallas, TX 75240-2345

(p)INGRAM ACCOUNTING & CONSULTING LLC
ATTN SPENCER INGRAM
118 SALEM CT
TALLAHASSEE FL 32301-2810

*Jodi D. Dubose, Esq.
Stichter, Riedel, Blain & Postler, P.A.
41 N. Jefferson St., #111
Pensacola, FL 32502-5669

*NurseSpring Of Northern Florida
3380 Capital Circle NE
Tallahassee, FL 32308-3710

*Paychex Business Solutions
970 Lake Carillon Drive, Suite 400
St Petersburg, FL 33716-1130

*Premier Healthcare Staffing
1031 Ives Dairy Rd,
Miami, FL 33179-2521

*Premier Healthcare Staffing
1031 Ives Dairy Rd,, Suite 228,
Miami, FL 33179-2538

*Premier Healthcare Staffing Solutions, LLC
c/o Heather L. Ries, Esq.
Fox Rothschild LLP
777 S. Flagler Drive, Suite 1700
West Palm Beach, FL 33401-6159

*Premium Assignment Corporation
3522 Thomasville Rd, Suite 400,
Tallahassee, FL 32309-3488

*Shared Pharmacy Services, LLC
Haven Perkins
264 Vista Oak Drive
Longwood, FL 32779-3067

*Shaun E. Laurie, M.D.
c/o Byron Wright III
Bruner Wright, P.A.
2810 Remington Green Circle
Tallahassee, FL 32308-8708

(p)STERICYCLE INC
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015-1503

*Synovus Bank
c/o Paul W. Burke
Burke Moore Law Group, LLP
235 Peachtree Street NE, Suite 1900
Atlanta, GA 30303-1417

*The Rose Group, Inc
817 NW 56Th Terr, Suite A
Gainesville, FL 32605-6401

*US Foods, Inc.
PO Box 281841
Atlanta, GA 30384-1841

*United States Dept of Housing & Urban Devel
c/o AUSA Katherine C. Kerwin
111 North Adams Street, Fourth Floor
Tallahassee, FL 32301-7736

*United States Small Business Administration
c/o AUSA Katherine C. Kerwin
111 North Adams Street, 4th Floor
Tallahassee, FL 32301-7730

*Unitedheartland Company Of America
PO Box 4061
Carol Stream, IL 60197-4061

*Wescom Solutions, Inc.
PO Box 674802
Tallahassee, FL 32308

*Willie J. Williams
c/o Chantel Wonder, Esq.
McGlinchey Stafford
101 NE 3rd Avenue, Suite 1810
Fort Lauderdale, FL 33301-1279

1329 Abraham Street Holdings LLC
8301 Roosevelt Blvd.
Philadelphia, PA 19152-2006

AIG Insurance
PO Box 305970
Nashville, TN 37230-5970

Aamco
2516 W Tennessee St
Tallahassee, FL 32304-2506

Ability Network Inc
PO Box 856015
Minneapolis, MN 55485-6015

Access Information Holding, LLC
Management of Georgia, LLC
PO Box 101048
Atlanta, GA 30392-1048

Advanced Business Sytsems
1236 North Monroe Street
Tallahassee, FL 32303-6161

Advanced Urology Institute, LLC
2000 Centre Pointe Blvd
Tallahassee, FL 32308-4894

Agency For Health Care Administration
2727 Mahan Drive, Mail Stop 33
Building 2 Suite 200
Tallahassee, FL 32308-5407

Air Gas USA LLC
2015 Vaughn Rd NW Suite 400
Kennesaw, GA 30144-7802

| | | |
|---|---|---|
| Airgas South, Inc.<br>P.O. Box 734672<br>Dallas, TX 75373-4672 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Express National Bank<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-0943 |
| American Express-Corporate<br>PO Box 650448<br>Dallas, TX 75265-0448 | Apples Of Gold<br>PO Box 101<br>Blountstown, FL 32424-0101 | Ascendant Commercial Insurance<br>PO Box 527423<br>Miami, FL 33152-7423 |
| B&C Technologies<br>17740 Ashley Drive Suite 109<br>Panama City Beach, FL 32413-5126 | Barnes, Althemes<br>2619 Summerwood Ave<br>Tallahassee, FL 32303-4007 | Best Buy<br>1400 Apalachee Pkwy<br>Tallahassee, FL 32301-3004 |
| Bitdefender<br>dba 2Checkout<br>9040 Roswell Rd, Suite 45<br>Atlanta, GA 30350-1892 | Briggs Corporation<br>4900 University Ave, Suite 200<br>West Des Moines, IA 50266-6733 | Brown's Refrigeration & Equipment, Inc<br>P.O. Box 5801<br>Tallahassee, FL 32314-5801 |
| Casamba, Inc.<br>5210 Lewis Rd, Ste10<br>Agoura Hills, CA 91301-2662 | Cat Financial Cat Card<br>PO Box 735638<br>Dallas, TX 75373-5638 | Caterpillar Access Account<br>Dept 33-8025023045<br>PO Box 78004<br>Phoenix, AZ 85062-8004 |
| (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | City Of Tallahassee<br>435 N. Macomb St.<br>Relay Box, 100026561<br>Tallahassee, FL 32301-1050 | City Of Tallahassee<br>435 N. Macomb St.<br>Relay Box, 100098255<br>Tallahassee, FL 32301-1050 |
| Comcast<br>PO Box 71211<br>Charlotte, NC 28272-1211 | Comcast Xfinity<br>PO Box 71211<br>Charlotte, NC 28272-1211 | Commercial Laundry Systems<br>978 Griffin Road<br>Wewahitchka, FL 32465-5672 |
| Cook, Bobby<br>10 Savannah Forest Circle<br>Crawfordville, FL 32327-1941 | Count on Us Medical Transport LLC<br>ATTN:  Wanda Franklin, Owner<br>2002 Old St. Augustine Rd., Bldg. A-114<br>Tallahassee, FL 32301-4881 | Culligan Of Tallahassee LLC<br>3207 W Tharpe St<br>Tallahassee, FL 32303-1135 |
| Curaspan Health Group, Inc<br>210 Westwood Place, Suite 400<br>Brentwood, TN 37027-7554 | Delorise Rush<br>3531 Forest Oak Lane<br>Tallahassee, FL 32308-5753 | Direct Supply Inc.<br>Box 88201<br>Milwaukee, WI 53288-0201 |
| Eli Roberts & Sons, Inc.<br>PO Box 2588<br>Tallahassee, FL 32316-2588 | Eppes Hardware, Inc<br>Eppes Decorating Center<br>2270 Allen Road<br>Tallahassee, FL 32312-2696 | FAS Parts & Service<br>P.O. Box 1177<br>Crawfordville, FL 32326-1177 |

| | | |
|---|---|---|
| Fisher & Phillips LLP<br>1075 Peachtree St, NE, Suite 3500<br>Atlanta, GA 30309-3900 | Florida Healthcare Assoc.<br>PO Box 1459<br>Tallahassee, FL 32302-1459 | Florida Post Acute Care Clinicians, LLC<br>PO Box 743178<br>Atlanta, GA 30374-3178 |
| Florida Star Linen<br>1501 Lancer Drive<br>Moorestown, NJ 08057-4233 | Florida State Primitive Baptist Conv.<br>1329 Abraham Street<br>Tallahassee, FL 32304-1907 | Florida State Primitive Baptist Convention,<br>P.O. Box 3608<br>Apollo Beach, FL 33572-1008 |
| Franklin (Deceased) and Delorise Rush<br>3531 Forest Oak Lane<br>Tallahassee, FL 32308-5753 | Gentle Lawn Services, LLC<br>2039 Summer Lane<br>Tallahassee, FL 32305-6632 | Gentle, Vincent<br>2039 Summer Lane<br>Tallahassee, FL 32305-6632 |
| Grainger<br>3924 W. Pensacola At<br>Tallahassee, FL 32304-2838 | Greene Poultry Co.<br>P.O. Box 97<br>Iron City, GA 39859-0097 | H&S Services Of North Florida, Inc<br>814 Sandy Ct<br>Tallahassee, FL 32312-1917 |
| Healthstream Inc<br>500 11th Ave North, Suite 1000<br>Nashville, TN 37203-3384 | Home Depot Credit Services<br>3200 Capital Cir NE<br>Tallahassee, FL 32308-3708 | Hyatt Regency Orlando<br>9801 International Drive<br>Orlando, FL 32819-8104 |
| IPFS Corporation<br>3522 Thomasville Rd<br>Tallahassee, FL 32309-3488 | Indeed, Inc<br>6433 Champion Grandview Way<br>Bldg. 1<br>Austin, TX 78750-8589 | Innovative Health Care Management Svcs<br>2333 Hansen Lane Suite 4<br>Tallahassee, FL 32301-4854 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | It Solutions of Tallahassee, LLC<br>1978 Nena Hills Drive<br>Tallahassee, FL 32304-3787 | Jackson, Ruby<br>3081 Diddie Road<br>Tallahassee, FL 32312-2339 |
| Jacksonville Sound & Communications<br>PO Box 551629<br>Jacksonville, FL 32255-1629 | Jake's Brakes<br>234 East Pershing Street<br>Tallahassee, FL 32301-4450 | James Moore & Co., P.L.<br>5931 N W. 1St Place<br>Gainesville, FL 32607-2063 |
| James, Madelyn Lynn<br>Dietary Consultant, 401 Locksley Lane<br>Tallahassee, FL 32312-1923 | Johnnie Mae Harris by and through<br>Cassandra F. Walker-Gonzalez<br>c/o Katherine C. Wagner, Esq.<br>9471 Baymeadows Rd., #105<br>Jacksonville, FL 32256-7968 | Johnson Controls Fire Protection LP<br>10255 Fortune Pkwy<br>Jacksonville, FL 32256-6502 |
| KeyBank National Association<br>Successor to KeyCorp Real Estate Capital<br>127 Public Square, 8th Floor<br>Cleveland, OH 44114-1216 | KeyBank, National Association<br>c/o Kari B. Coniglio<br>Vorys, Sater, Seymour and Pease LLP<br>200 Public Square, Suite 1400<br>Cleveland, OH 44114-2327 | Keybank Real Estate Capital<br>P.O. Box 145404<br>CIncinnati, OH 45250-5404 |

| | | |
|---|---|---|
| King, Christopher<br>1905 Capital Circle Ne<br>Tallahassee, FL 32308-4421 | (p)LABORATORY CORPORATION OF AMERICA<br>ATTN GOVERNMENT AUDITS<br>PO BOX 2270<br>BURLINGTON NC 27216-2270 | Lake Talquin Bait And More<br>6856 Blountstown Hwy<br>Tallahassee, FL 32310-7071 |
| Laurie Shaun, MD<br>1628 N. Plaza Drive<br>Tallahassee, FL 32308-2300 | Leon County EMS Division<br>PO Box 863353<br>Orlando, FL 32886-3353 | M2 Lease Funds, LLC<br>175 Patrick Blvd. N.,Ste 140<br>Brookfield, WI 53045-5811 |
| MSL, P.A.<br>500 E Broward Blvd, Suite1550<br>Fort Lauderdale, FL 33394-3027 | Magellan Complete Care Florida<br>PO Box 2097<br>Maryland Heights, MO 63043-0897 | (p)MARPAN SUPPLY COMPANY  INC<br>PO BOX 2068<br>TALLAHASSEE FL 32316-2068 |
| Massey Services, Inc.<br>PO Box 547668<br>Orlando, FL 32854-7668 | Mathers Electric Co., Inc<br>4834 Corlett Street<br>Tallahassee, FL 32303-6814 | (p)MAYO CLINIC<br>200 FIRST STREET SW<br>ROCHESTER MN 55905-0002 |
| Med-Pass Inc.<br>L-3495<br>Columbus, OH 43260-0001 | (p)MEDLINE INDUSTRIES INC<br>ATTN ANNE KISHA<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060-4486 | Metronet LLC<br>PO Box 630903<br>CIncinnati, OH 45263-0903 |
| Mobilexusa<br>PO BOX 17462<br>BALTIMORE, MD 21297-0518 | Momar, Inc<br>PO Box 19569<br>Atlanta, GA 30325-0569 | Net Health Systems, Inc<br>40 24th St<br>Pittsburgh, PA 15222-4683 |
| Network Solutions<br>13861 Sunrise Valley Dr.<br>Herndon, VA 20171-6126 | NurseSpring of Northern Florida, LLC<br>Attn: Adrianna Williams<br>5500 North Davis Highway<br>Pensacola, FL 32503-2064 | Office Depot Card Plan<br>PO Box 689020<br>Des Moines, IA 50368-9020 |
| Office Of Public Guardian<br>1425 E. Piedmont Drive, Suite 201B,<br>Tallahassee, FL 32308-7961 | Omnicare Pharmacy of FLorida<br>2605 West 23rd St<br>Panama City, FL 32405-2339 | Onsolve LLC<br>PO Box 865672<br>Orlando, FL 32886-5672 |
| Panhandle Billing And Consult<br>18423 Ne Shadow Lane,<br>Altha, FL 32421-3479 | Paychex, Inc<br>Human Resource Services<br>PO Box 29769<br>New York, NY 10087-9769 | Personal Security Concepts<br>3116 Capital Circle NE, Suite 3,<br>Tallahassee, FL 32308-7791 |
| Personnel Concepts<br>Compliance Service Department<br>P.O. Box 3353<br>San Dimas, CA 91773-7353 | Physical Therapy Now<br>2743 Capital Circle Ne. Ste. 106,<br>Tallahassee, FL 32308-1115 | Pitney Bowes Global Fin Services, LLC<br>2225 American Drive<br>Neenah, WI 54956-1005 |

| | | |
|---|---|---|
| Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton CT 06484-4361 | Pods<br>PO Box 791003<br>Baltimore, MD 21279-1003 | (p)THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392-0001 |
| PrIncipal Mutual Life Insurance Co.<br>111 W State Street<br>Mason City, IA 50401-3131 | Progressive Commercial<br>Dept 0586<br>Carol Stream, IL 60132-0001 | Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 |
| Pye Barker Fire & Safety LLC<br>1451 S Monroe St.<br>Tallahassee, FL 32301-4345 | R.E. Michel Company, LLC<br>PO Box 2318<br>Baltimore, MD 21203-2318 | Radiology Assoc Of Tallahassee<br>1600 Phillips Road,<br>Tallahassee, FL 32308-5304 |
| Realmed Corporation<br>PO Box 844793,<br>Dallas, TX 75284-4793 | Renaissance Life & Health<br>PO Box 7407569,<br>Chicago, IL 60674-0001 | Ricardo Carreno, D.D.S.<br>PO Box 27265<br>Tampa, FL 33623-7265 |
| Roland Gaines<br>7093 Ed Wilson Lane<br>Tallahassee, FL 32312-6822 | Roto-Rooter Sewer-Drain Serv.<br>P.O. Box 3133<br>Tallahassee, FL 32315-3133 | Rush, Frank Elder<br>c/o Delorise Rush<br>3531 Forest Oak Lane<br>Tallahassee, FL 32308-5753 |
| Safeguard Business System<br>P.O. Box 88043,<br>Chicago, IL 60680-1043 | Sam'S Club<br>P.O. Box 530981,<br>Atlanta, GA 30353-0981 | Service Plus Office Machines, Inc<br>500-A1 Capital Circle SE<br>Tallahassee, FL 32301-3812 |
| Staples Advantage<br>Dept. Atl<br>PO Box 405386<br>Atlanta, GA 30384-5386 | Staples Business Credit<br>PO Box 105638<br>Atlanata, GA 30348-5638 | Synovus Bank<br>1148 Broadway<br>Columbus, GA 31901-2429 |
| Synovus Bank<br>Managed Assets Dept. Bankruptcy<br>P.O. Box 120<br>Columbus, GA 31902-0120 | TMH Emergency Physician Group<br>PO Box 744237<br>Atlanta, GA 30374-4237 | Tallahasse Ear, Nose And Throat<br>1405 Centerville Road, Suite 5400,<br>Tallahassee, FL 32308-4654 |
| Tallahassee Democrat<br>227 N. Bronough St.<br>Tallahassee, FL 32301-1334 | Tallahassee Diagnostic Imaging<br>P.O. Box 1678,<br>Tallahassee, FL 32302-1678 | Tallahassee Memorial Healthcare-Labs<br>1309 Thomasville Road<br>Tallahassee, FL 32303-5792 |
| Tallahassee Memorial Hospital-Pac<br>1309 Thomasbville Rd,<br>Tallahassee, FL 32303-5792 | Target Print And Mail, Inc.<br>PO Box 1569<br>2843 Industrial Plaza Drive, Tallhaassee<br>Tallahassee, FL 32301-3537 | Tech Soup<br>435 Brannan St., #100<br>San Francisco, CA 94107-1780 |

| | | |
|---|---|---|
| The Compliance Store<br>355 Industrial Park Blvd<br>Montgomery, AL 36117-5550 | Therapeutic Endeavors<br>1344 Cross Creek Circle, Unit 1,<br>Tallahassee, FL 32301-3728 | Tru Care Labs, Inc<br>3520 N Monroe Str,<br>Tallahassee, FL 32303-2745 |
| U.S. Small Business Administration<br>2 North St., #320<br>Birmingham, AL 35203 | U.S. Small Business Administration<br>7825 Baymeadows Way, Suite 100-B<br>Jacksonville, FL 32256-7543 | US Foods, Inc.<br>Brian Shaw<br>123 North Wacker Drive, Suite 1800<br>Chicago, IL 60606-1770 |
| United Healthcare Community Plan<br>PO Box 740804,<br>Atlanta, GA 30374-0804 | Universal Waste Management, LLC<br>4422 Industrial Park Road #2,<br>Green Cove Springs, FL 32043-8243 | Unum Provident Corporation<br>PO Box 403748<br>Atlanta, GA 30384-3748 |
| Vascular Surgery Associates, PA<br>2631 Centennial Blvd, Suite 100<br>Tallahassee, FL 32308-0591 | Vaught, James<br>1605 Salmon Dr<br>Tallahassee, FL 32303-3844 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Vista Clinical Diagnostics LLC<br>3705 South Hwy 27, Suite 201<br>Clermont, FL 34711-7950 | Vistaprint<br>275 Wyman St.<br>Waltham, MA 02451-1218 | Vitamin Shoppe<br>1313 Apalachee Parkway,<br>Tallahassee, FL 32301-3001 |
| W.W. Gay Mechanical Contractor<br>524 Stockton Street<br>Tallahassee, FL 32304 | Walgreens<br>140 Capital Circle SW<br>Tallahassee, FL 32304-3563 | Walmart<br>4400 W Tennessee Street<br>QuIncy, FL 32351 |
| Washington, James<br>262 Spring Meadows Rd<br>Detroit, MI 48267-0001 | Williams Orthotic-Prosthetic, Inc<br>2360 Centerville Road<br>Tallahassee, FL 32308-4399 | Wood Fruitticher Grocery<br>Dept 4005<br>PO Box 830119<br>Birmingham, AL 35283-0119 |
| Xfinity<br>PO Box 71211<br>Charlotte, NC 28272-1211 | eCapital Commercial Finance Corp.<br>c/o Misty A. Segura, Spencer Fane LLP<br>3040 Post Oak Blvd., Ste. 1400<br>Houston, TX 77056-6584 | United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 |
| Scott A. Stichter +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 Madison Street, #200<br>Tampa, FL 33602-4718 | Merrick B. Garland +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 |
| Heather L. Ries +<br>Fox Rothschild LLP<br>222 Lakeview Avenue<br>Suite 700<br>West Palm Beach, FL 33401-6117 | Adina L. Pollan +<br>McGlinchey Stafford<br>10407 Centurion Pkwy North<br>Suite 200<br>Jacksonville, FL 32256-0544 | Jodi Daniel Dubose +<br>Stichter Riedel Blain & Postler, P.A.<br>41 N. Jefferson Street<br>Suite 111<br>Pensacola, FL 32502-5669 |

| | | |
|---|---|---|
| Blake J. Delaney +<br>Buchanan Ingersoll and Rooney, PC<br>401 E. Jackson Street<br>Suite 2400<br>Tampa, FL 33602-5236 | Eric Scott Pendergraft +<br>Shraiberg, Landau & Page, P.A.<br>2385 N.W Executive Center Dr., Suite 300<br>Boca Raton, FL 33431-8530 | Alexis Sophia Read +<br>Read Law PLLC<br>25 SE Second Ave<br>Suite 828<br>Miami, FL 33131-1671 |
| Byron Wright III+<br>Bruner Wright, P.A.<br>2868 Remington Green Circle<br>Suite B<br>Tallahassee, FL 32308-3755 | Conor McLaughlin +<br>DOJ-Ust<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Katherine C Kerwin +<br>DOJ-USAO<br>111 North Adams Street<br>Ste 4th Floor<br>Tallahassee, FL 32301-7730 |
| Chantel Christine Wonder +<br>McGlinchey Stafford<br>101 NE 3rd Avenue<br>Suite 1810<br>Fort Lauderdale, FL 33301-1279 | Paul Burke +<br>Burke Moore Law Group, LLP<br>235 Peachtree Street, NE<br>Suite 1900<br>Atlanta, GA 30303-1417 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | *Ingram Accounting & Consulting, LLC<br>118 Salem Ct.<br>Tallahassee, FL 32301 | *Stericycle, Inc.<br>P.O. Box 6582,<br>Carol Stream, IL 60197-6582 |
| Caterpillar Financial Services<br>PO Box 730681<br>Dallas, TX 75373 | (d)Caterpillar Financial Services Corp.<br>2120 W. En Ave.<br>Nashville, TN 37203 | Laboratory Corporation Of America<br>P.O. Box 2240<br>Burlington, NC 27216-2240 |
| Marpan Supply Company Inc.<br>P.O. Box 2068<br>Tallahassee, FL 32316 | Mayo Clinic Jacksonville<br>4500 San Pablo Road<br>Jacksonville, FL 32224 | Medline Industries, Inc.<br>Dept Ch 14400<br>Palatine, IL 60055-4400 |
| PrIncipal Life Insurance Co<br>PO Box 10333<br>Des Moines, IA 50306 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Floor City | (u)Goto My PC | (u)Microsoft Office365 |

```
 (d)Mobilexusa                    (u)Rush, Frank Elder              (d)Internal Revenue Service +
 PO Box 17462                                                       P.O. Box 7346
 Baltimore, MD 21297-0518                                           Philadelphia, PA 19101-7346
```

**End of Label Matrix**
**Mailable recipients**   217
**Bypassed recipients**     6
**Total**                 223