FORM ondiscl (Rev. 10/20)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re: Miracle Hill Nursing and Rehabilitation Center, Inc.  
   Tax ID: 59–1275598  
   Debtor

Bankruptcy Case No.: 23–40398–KKS

Chapter: 11  
Judge: Karen K. Specie

## Order and Notice of Hearing on Amended Disclosure Statement

**To the debtor, its creditors, and other parties in interest:**

The amended disclosure statement and a plan under Chapter 11 of the Bankruptcy Code having been filed by the debtor on October 25, 2024, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that:

1) The hearing to consider the approval of the amended disclosure statement shall be held on December 4, 2024, at 09:30 AM, *Eastern Time*, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location: via Zoom (See FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

2) November 27, 2024, is fixed as the last day for filing and serving written objections to the amended disclosure statement in accordance with Fed. R. Bankr. P. 3017(a).

3) On or before November 4, 2024, the debtor–in–possession or proponent of the plan shall transmit the amended disclosure statement and plan to any trustee, each committee appointed pursuant to 11 U.S.C. § 1102, the Securities and Exchange Commission and any party in interest who has requested or requests in writing a copy of the amended disclosure statement and plan.

4) Requests for copies of the amended disclosure statement and plan shall be mailed to the attorney for the debtor–in–possession, proponent of the plan, or the debtor–in–possession if not represented.

5) Counsel for the debtor–in–possession or proponent of the amended plan shall serve a copy of this Order to all creditors and parties in interest in accordance with the Rules and promptly thereafter file a Certificate of Service. If the debtor–in–possession is not represented by counsel or is represented *pro bono*, the Court will serve the Order in accordance with applicable Rules.

**DONE AND ORDERED** on October 29, 2024.

/s/ Karen K. Specie  
Karen K. Specie  
U.S. Bankruptcy Judge

**SERVICE:** Scott Stichter shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.